# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NETCHOICE, | |
|            PLAINTIFF, | |
| v. | Civil Action No. 3:25-cv-231 |
| LIZ MURRILL, et al., | Judge: JWD - RLB |
|            DEFENDANTS. | |

## DEFENDANTS' MOTION TO EXCLUDE DR. ANTHONY BEAN

Pursuant to Federal Rules of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and the accompanying Local Rules, Defendants Attorney General Liz Murrill and Mike Dupree respectfully move for an order excluding Plaintiff NetChoice's putative expert Anthony Bean, PhD, from offering expert testimony because his expert declaration, served on July 28, 2025, appears to contain AI-fabricated quotations and citations, as more fully explained in the attached memorandum of law. Accordingly, Defendants respectfully request the following relief:

(1) Plaintiff NetChoice's designated expert Dr. Anthony Bean be excluded from testifying as an expert in this matter;

(2) Plaintiff NetChoice shall not be granted leave to amend, supplement, or substitute Dr. Bean's testimony; and

(3) The State Defendants shall be entitled to their reasonable fees and costs for exposing the AI-fabricated citations and quotations.

.

1

Dated: August 15, 2025

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

 /s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
  Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone:  (225) 421-4088
Facsimile:   (225) 326-6795
FairclothZ@ag.louisiana.gov

*/s/ James M. Garner*
JAMES M. GARNER (La #19589)
JOSHUA S. FORCE (La #21975)
JEFFREY D. KESSLER (La #30156)
SOPHIE R. TROSCLAIR (La #40979)
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
  Special Assistant Attorneys General
909 Poydras Street, 28th Floor
New Orleans, LA 70112-1033
Telephone:  (504) 299-2100
Facsimile:   (504) 299-2300
JGarner@shergarner.com
JForce@shergarner.com
JKessler@shergarner.com
STrosclair@shergarner.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)