UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NETCHOICE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIZ MURRILL, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:25-cv-231<br><br>Judge: JWD - RLB |

**PROPOSED ORDER**

**CONSIDERING** Defendants' Motion to Exclude Dr. Anthony Bean, and good cause appearing,

**IT IS SO ORDERED** that the Motion to Exclude Dr. Anthony Bean is **GRANTED**.

**IT IS FURTHER ORDERED** that

(1) Plaintiff NetChoice's designated expert Dr. Anthony Bean shall be **EXCLUDED** from testifying as an expert in this matter;

(2) Plaintiff NetChoice shall not be granted leave to amend, supplement, or substitute Dr. Bean's testimony; and

(3) The State Defendants shall be entitled to their reasonable fees and costs for exposing the AI-fabricated citations and quotations.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. JOHN W. DEGRAVELLES