# EXHIBIT A

# Faircloth, Zachary

| | |
|---|---|
| **From:** | Jeremy Maltz <jeremy@lkcfirm.com> |
| **Sent:** | Monday, May 12, 2025 3:24 PM |
| **To:** | jgarner@shergarner.com; jforce@shergarner.com; jkessler@shergarner.com; Faircloth, Zachary; connell.archey@butlersnow.com; randy.robert@butlersnow.com; keith.fernandez@butlersnow.com; madaline.rabalais@butlersnow.com |
| **Cc:** | Jared Magnuson; Louis Grossman |
| **Subject:** | NetChoice v. Murrill, No. 3:25-cv-00231 (M.D. La.) - Expert Identification |

Good Afternoon—

Today is NetChoice's deadline to identify expert witnesses.

NetChoice intends to provide the expert opinion of Dr. Anthony Bean regarding the current state of the literature on minors' social media use.

I have included both the Butler Snow and Sher Garner teams.

Best,
Jeremy

**Jeremy Evan Maltz |** LEHOTSKY KELLER COHN

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.