# EXHIBIT B

# Faircloth, Zachary

| | |
|---|---|
| **From:** | Jeremy Maltz <jeremy@lkcfirm.com> |
| **Sent:** | Monday, July 28, 2025 6:30 PM |
| **To:** | Kessler, Jeffrey; Garner, James; Force, Joshua; Trosclair, Sophie |
| **Cc:** | 'Claire Juneau'; 'Louis Grossman'; Todd Disher; Jared Magnuson |
| **Subject:** | NetChoice v. Liz Murrill |
| **Attachments:** | Expert Report.pdf |

 Neutral (From: jeremy@lkcfirm.com, External)

Report This Email  FAQ

Good Evening—

I have attached the expert report of Dr. Anthony Bean.

Below is a link to NetChoice's fourth production of documents:
- Link: https://sharesync.serverdata.net/us3/s/Aev01tlv4AhG88ZsJ7ouvd003ebbc7
- Password: zt$xtm!84Ry#

Best,
Jeremy

**Jeremy Evan Maltz** | LEHOTSKY KELLER COHN