# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NETCHOICE,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 3:25-cv-231** |
| **LIZ MURRILL, et al.,** | **Judge: JWD - RLB** |
| **Defendants.** | |

### DECLARATION OF JEAN M. TWENGE, PH.D.

In accordance with 28 U.S.C. § 1746, I, Jean M. Twenge, Ph.D., declare:

1. I am a person of legal age who is competent to attest to the following facts within my personal knowledge.

2. I am a Professor of Psychology at San Diego State University.

3. I have been retained by Defendants, Liz Murrill, in her official capacity as Attorney General of Louisiana, and Mike Dupree, in his official capacity as Director of the Public Protection Division of the Louisiana Department of Justice (collectively, the "State Defendants"), to serve as an expert witness in the above-captioned litigation.

4. In connection with my forthcoming expert report, I reviewed the report styled as "Declaration of Anthony Bean, PhD" submitted by NetChoice to the State Defendants on July 28, 2025.

5. In the course of reviewing Dr. Bean's report and preparing my report, I reviewed the documents cited in his report and listed in Section N of that report, which consists of a list of references ostensibly referenced by Dr. Bean.

6. As set forth in greater detail below, not one of the 17 references listed in Section N of Dr. Bean's report corresponds to an actual published scholarly article. I do not contest that

1

many of the individuals listed are researchers and scholars who address issues pertaining to social media and/or public health, and I am aware that NetChoice submitted the PDFs of articles which purport to be Dr. Bean's reference materials.   While the authors identified in Dr. Bean's report are reflected within those materials, the article names themselves as listed in his report appear, to the best that I could determine, nonexistent.

7.   In addition, none of the direct quotes Dr. Bean attributes to these authors in his report appear in the materials by these authors provided by NetChoice.


**Ayorech, et al.**

8.   The first article listed as a reference is styled as follows:

> Ayorech, Z., Allegrini, A. G., Rimfeld, K., & Plomin, R. (2023). Digital depression? Genetic confounding in the association between social media use and depressive symptoms. *Journal of Child Psychology and Psychiatry*.
> https://doi.org/10.1111/jcpp.13779

9.   I reviewed the online archives of the *Journal of Child Psychology and Psychiatry*, available at https://acamh.onlinelibrary.wiley.com/journal/14697610. I found three articles in that publication listing Ziada Ayorech as one of the authors, but I did not find any articles in that publication listing her with the co-authors as cited in Bean's reportnor bearing the title "Digital Depression? Genetic confounding in the association between social media use and depressive symptoms."

10.  I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that the *Journal of Child Psychology and*

*Psychiatry* published an article by the above-listed authors bearing that title.

11. The reference list in Bean's report provided the following URL in connection with this article: https://doi.org/10.1111/jcpp.13779.  This URL leads to an article in the *Journal of Child Psychology and Psychiatry* by a different group of authors led by L-J. Wang titled "Gut mycobiome dysbiosis and its impact on intestinal permeability in attention-deficit/hyperactivity disorder."

12. The materials provided by NetChoice do not contain a 2023 article with the authors identified above in Paragraph 8 and this title.

13. To the best that I can determine, this citation pertains to a non-existent article.

14. In addition, Section C4 of Bean's report attributes the following quotation to the article identified above in Paragraph 8:

> **"The association between social media use and depressive symptoms was substantially attenuated and often eliminated when controlling for genetic and shared environmental confounding."**

15. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Ayorech, and that quotation is not found in those materials.

**<u>Benge & Scullin</u>**

16. The next article listed as a reference is styled as follows:

> Benge, J. F., & Scullin, M. K. (2025). Screen time and cognitive aging: A meta-analysis of digital media use across the lifespan. *Cognitive Research: Principles and Implications, 10(1), 22-36.*

17. I reviewed the online archives of *Cognitive Research: Principles and Implications*,

3

available at https://cognitiveresearchjournal.springeropen.com/ . This search did not yield any articles by Benge or Scullin. *Cognitive Research: Principles and Implications* lists articles by number within each volume, not by pages, so there is no article in Volume 10 with the page numbers 22-36 as in the citation.

18. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that *Cognitive Research: Principles and Implications* published an article by the above-listed authors bearing the title "Screen time and cognitive aging: A meta-analysis of digital media use across the lifespan."

19. The materials provided by NetChoice do not contain a 2025 article by the authors indicated above in Paragraph 16 and this title published in *Cognitive Research: Principles and Implications.*

20. To the best that I can determine, this citation pertains to a non-existent article.

21. In addition, Section G7 of Bean's report attributes the following quotation to the article identified above in Paragraph 16:

*"Rather than impairing cognition, digital media—when used interactively and socially—appears to support healthy cognitive aging."*

22. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Benge and Scullin, and that quotation is not found in those materials.

**Corredor-Waldron**

23. The next article listed as a reference is styled as follows:

> Corredor-Waldron, A. (2024). Teen mental health trends and the role of increased diagnostic access: An analysis of structural changes in reporting. *Health Economics Review, 34 (2)*, 89-103.

24. I reviewed the online archives of *Health Economics Review*, available at https://healtheconomicsreview.biomedcentral.com/. This search did not yield any articles by Corredor-Waldron. *Health Economics Review* does not have a Volume 34; the highest number is Volume 15. The journal lists articles by number within each volume, not by pages, so there is no article on p. 89-103 as in the citation.

25. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that *Health Economics Review* published an article by the above-listed author bearing the title "Teen mental health trends and the role of increased diagnostic access: An analysis of structural changes in reporting."

26. The materials provided by NetChoice do not contain a 2024 article by Corredor-Waldron bearing the title indicated in Paragraph 23 published in *Health Economics Review*.

27. To the best that I can determine, this citation pertains to a non-existent article.

28. In addition, Section D4 of Bean's report attributes the following quotation to the article identified above in Paragraph 23:

> *"Much of what appears to be an epidemic of adolescent mental illness may actually reflect an epidemic of measurement and visibility, not one of morbidity."*

29. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Corredor-Waldron, and that quotation is not found in those materials.

**Ferguson et al.**

30. The next article listed as a reference is styled as follows:

> Ferguson, C. J., et al. (2024). Social media use and mental health: A comprehensive meta-analysis. *Review of General Psychology*. Advance online publication. https://doi.org/10.1037/gen0000536

31. I reviewed the online archives of the *Review of General Psychology*, available at https://journals.sagepub.com/home/rgp . This search yielded four articles by Christopher J. Ferguson, but none with the title as above. I also searched OnlineFirst, the journal's advance online publication category, but none of the 8 articles listed there are by Ferguson.

32. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that the *Review of General Psychology* published an article by C.J. Ferguson with the title "Social media use and mental health: A comprehensive meta-analysis."

33. The reference list in Bean's report provided the following URL in connection with this article: https://doi.org/10.1037/gen0000536 . That URL leads to a page with "DOI NOT FOUND" – not the article listed in Paragraph 30.

34. The materials provided by NetChoice do not contain a 2024 article by C.J. Ferguson with

the title listed in Paragraph 30 published in the *Review of General Psychology.*

35. To the best that I can determine, this citation pertains to a non-existent article.

36. In addition, Section B2 of Bean's report attributes the following quotation to the article identified above in Paragraph 30:

*"While some effects are statistically non-zero, they are so small as to be functionally meaningless in the real world."*

37. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Ferguson, and that quotation is not found in those materials.


**Hancock et al.**

38. The next article listed as a reference is styled as follows:

Hancock, J. T., et al. (2022). No evidence of a general link between digital media use and mental health. *Nature Human Behaviour, 6,* 1415-1423.

39. I reviewed the online archives of *Nature Human Behaviour*, available at https://www.nature.com/nathumbehav/ . This search yielded one article with Jeffrey T. Hancock as the third author (titled "Exposure to untrustworthy websites in the 2020 US election") but none with the title as indicated above. There is no article beginning on p. 1415 in volume 6 of *Nature Human Behaviour*. That page instead contains the next to last page of an article titled "Amplification in the evaluation of multiple emotional expressions over time."

40. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that *Nature Human Behaviour* published an article by J.T. Hancock bearing the title "No evidence of a general link between digital media use and mental health."

41. The materials provided by NetChoice do not contain a 2022 article by J.T. Hancock with the title identified in Paragraph 38 published in *Nature Human Behaviour.*

42. To the best that I can determine, this citation pertains to a non-existent article.

**Lemahieu et al.**

43. The next article listed as a reference is styled as follows:

> Lemahieu, M., et al. (2025). Social media interventions and well-being: A systematic review and meta-analysis of randomized experiments. *Journal of Experimental Psychology: Applied.* Advance online publication.

44. I reviewed the online archives of the *Journal of Experimental Psychology: Applied*, available at https://www.apa.org/pubs/journals/xap . This search yielded no articles by Lemahieu. I also searched OnlineFirst, the journal's advance online publication category, but none of the 10 articles listed there are by Lemahieu.

45. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that the *Journal of Experimental Psychology: Applied* published an article by the above-listed author bearing the title "Social media interventions and well-being: A systematic review and meta-analysis of randomized

experiments."

46. The materials provided by NetChoice do not contain a 2025 article by Lemahieu with the title indicated in Paragraph 43 published in the *Journal of Experimental Psychology: Applied.*

47. To the best that I can determine, this citation pertains to a non-existent article.

48. In addition, Section F3 of Bean's report attributes the following quotation to the article identified above in Paragraph 43:

> *"The average participant who reduced or abstained from social media did not experience significantly better mental health outcomes than those who continued typical use. Effect sizes were minimal and frequently nonsignificant."*

49. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Laura Lemahieu (not M. Lemahieu, as indicated in Bean's list of references), and that quotation is not found in those materials.


**Liu et al.**

50. The next article listed as a reference is styled as follows:

Liu, D., et al. (2024). Thirty-year trends in adolescent anxiety and depression: A cross-national review. *International Journal of Adolescent Mental Health, 38*(1), 1-12.

51. I searched online search engines and academic databases and could find no journal titled *International Journal of Adolescent Mental Health.*

52. I searched all 62 of the EBSCO academic databases (which include, among others,

PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that any journal published an article by the above-listed author with the title "Thirty-year trends in adolescent anxiety and depression: A cross-national review."

53. The materials provided by NetChoice do not contain a 2024 article by Liu with the title indicated in Paragraph 50 published in the *International Journal of Adolescent Mental Health.*

54. To the best that I can determine, this citation pertains to a non-existent article.

55. In addition, Section E4 of Bean's report attributes the following quotation to the article identified above in Paragraph 50:

*"Contrary to popular assumptions, adolescent anxiety showed a consistent global decline across three decades, even as smartphone ownership and internet use rapidly increased."*

56. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Liu, and that quotation is not found in those materials.

**Liu & Baumeister**

57. The next article listed as a reference is styled as follows:

Liu, R. T., & Baumeister, R. F. (2024). The effects of digital media use on mental health: A meta-analytic review. *Psychological Bulletin.*

https://doi.org/10.1037/bul0000416

58. I reviewed the online archives of *Psychological Bulletin*, available at
https://www.apa.org/pubs/journals/bul . This search yielded no articles with both Liu and
Baumeister as authors.

59. I searched all 62 of the EBSCO academic databases (which include, among others,
PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited
article, but I could not find any indication that *Psychological Bulletin* published an article
by the above-listed authors with the title "The effects of digital media use on mental
health: A meta-analytic review."

60. The reference list in Bean's report provided the following URL in connection with this
article: https://doi.org/10.1037/bul0000416 . This URL leads to an article in
*Psychological Bulletin* by a group of authors led by M. P. Grosz, titled "A meta-analytic
review of the associations of personality, intelligence, and physical size with social
status,"

61. The materials provided by NetChoice do not contain a 2024 article by R.T. Liu and R.F.
Baumeister with the title indicated in Paragraph 57 published in *Psychological Bulletin.*

62. To the best that I can determine, this citation pertains to a non-existent article.

63. In addition, Section B5 of Bean's report attributes the following quotation to the article
identified above in Paragraph 57:

*"Such a small effect is indistinguishable from random noise and does not justify
public concern or restrictive interventions."*

64. I found no indication that this quotation exists as attributed in the Bean report. Moreover,
I reviewed the materials provided by NetChoice authored by Liu and Baumeister, and
that quotation is not found in those materials.

**Martin**

65. The next article listed as a reference is styled as follows:

> Martin, R. (2025). Life in the Media: Teen engagement, mental health, and digital life. *Digital Psychology Quarterly, 19*(1), 10-28.

66. I searched online search engines and databases and could find no journal titled *Digital Psychology Quarterly*.

67. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that any journal published an article by the above-listed author with the title "Life in the Media: Teen engagement, mental health, and digital life."

68. The materials provided by NetChoice do not contain a 2025 article by R. Martin with the title reflected in Paragraph 65 published in *Digital Psychology Quarterly*.

69. To the best that I can determine, this citation pertains to a non-existent article.

**Parry et al.**

70. The next article listed as a reference is styled as follows:

> Parry, D. A., et al. (2023). The mere presence of smartphones: Cognitive load or distraction? *Journal of Experimental Social Psychology, 104*, 104416.

71. I reviewed the online archives of the *Journal of Experimental Social Psychology*, available at https://www.sciencedirect.com/journal/journal-of-experimental-social-

psychology . This search yielded no articles with D.A. Parry as an author.

72. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that *Journal of Experimental Social Psychology* published an article by the above-listed author with the title "The mere presence of smartphones: Cognitive load or distraction?"

73. The materials provided by NetChoice do not contain a 2023 article by D.A. Parry and bearing the title reflected in Paragraph 70 published in *Journal of Experimental Social Psychology.*

74. To the best that I can determine, this citation pertains to a non-existent article.

75. In addition, Section G3 of Bean's report attributes the following quotation to the article identified above in Paragraph 70:

*"The presence of a smartphone does not uniformly impair cognitive performance; any such effects are small, task-specific, and dependent on visibility."*

76. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Parry, and that quotation is not found in those materials.

**Scheeringa et al.**

77. The next article listed as a reference is styled as follows:

13

Scheeringa, M. S. (2025). Self-report screening and diagnostic misclassification in youth mental health. *Journal of Adolescent Health, 76*(3), 345-351.

78. I reviewed the online archives of the *Journal of Adolescent Health*, available at https://www.jahonline.org/. This search yielded no articles with Scheeringa as an author. There is no article in Volume 76 of the *Journal of Adolescent Health* beginning on p. 345. That page number corresponds to the last page of an article by Gamble and Ozer titled "Building coalitions for strategic interventions to improve adolescent health in the technology age."

79. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that the *Journal of Adolescent Health* published an article by the above-listed author with the title "Self-report screening and diagnostic misclassification in youth mental health."

80. The materials provided by NetChoice do not contain a 2025 article by M.S. Scheeringa with the title reflected in Paragraph 77 published in the *Journal of Adolescent Health.*

81. To the best that I can determine, this citation pertains to a non-existent article.

82. In addition, Section H4 of Bean's report attributes the following quotation to the article identified above in Paragraph 77:

> *"Over-reliance on self-report surveys inflates prevalence rates and contributes to false-positive classifications, especially in large-scale mental health studies of youth."*

83. I found no indication that this quotation exists as attributed in the Bean report. Moreover,

I reviewed the materials provided by NetChoice authored by Scheeringa, and that quotation is not found in those materials.

**Sewall & Parry**

84. The next article listed as a reference is styled as follows:

Sewall, C. J. R., & Parry, D. A. (2024). Social media and adolescent mental health: A case of misspecified causality. *New Media & Society.* https://doi.org/10.1177/14614448231123421

85. I reviewed the online archives of *New Media & Society*, available at https://journals.sagepub.com/home/nms. This search yielded no articles with C.J.R. Sewall and D.A. Parry both listed as authors.

86. I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that *New Media & Society* published an article by the above-listed authors with the title "Social media and adolescent mental health: A case of misspecified causality."

87. The reference list in Bean's report provided the following URL in connection with this article https://doi.org/10.1177/14614448231123421 . This URL leads to a page with "DOI NOT FOUND."

88. The materials provided by NetChoice do not contain a 2024 article by C.J.R. Sewall and D.A. Parry with the title indicated in Paragraph 84 published in *New Media & Society.*

**Steinsbekk et al.**

89. The next article listed as a reference is styled as follows:

Steinsbekk, S., et al. (2024). Does social media use reduce real-world social interaction in adolescents? *Child Development*. https://doi.org/10.1111/cdev.13940

90. I reviewed the online archives of *Child Development*, available at

https://srcd.onlinelibrary.wiley.com/journal/14678624 . This search yielded five articles

with Steinsbekk as an author, but none with this title.

91. I searched all 62 of the EBSCO academic databases (which include, among others,

PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited

article, but I could not find any indication that *Child Development* published an article by

the above-listed author with the title "Does social media use reduce real-world social

interaction in adolescents?"

92. The materials provided by NetChoice do not contain a 2024 article by S. Steinsbekk

bearing the title indicated in Paragraph 89 published in the *Child Development.*

93. The reference list in Bean's report provided the following URL in connection with this

article https://doi.org/10.1111/cdev.13940 . This URL instead leads to an article in *Child*

*Development* led by T. A. Forest titled "Memories of structured input become

increasingly distorted across development."

94. To the best that I can determine, this citation pertains to a non-existent article.

95. In addition, Section E7 of Bean's report attributes the following quotation to the article

identified above in Paragraph 89:

*"Our findings do not support the hypothesis that social media reduces face-to-face social interaction among youth. For most adolescents, social media may help maintain and expand their social lives."*

96. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Steinsbekk, and that quotation is not found in those materials.

97. In addition, Section J3 of Bean's report attributes the following quotation to the article identified above in Paragraph 89:

*"Our findings do not support the idea that social media displaces in-person social interactions. Instead, for most adolescents, these platforms appear to function as a bridge rather than a barrier to social connection."*

98. I found no indication that this quotation exists as attributed in the Bean report. Moreover, I reviewed the materials provided by NetChoice authored by Steinsbekk, and that quotation is not found in those materials.

**Sun et al.**

99. The next article listed as a reference is styled as follows:

Sun, X., et al. (2023). Age of first smartphone use and subsequent mental health outcomes: A longitudinal cohort study. *Pediatrics, 152(4).*

100.    I reviewed the online archives of *Pediatrics*, available at

https://publications.aap.org/pediatrics . This search yielded no articles with this author

17

and title.

101.     I searched all 62 of the EBSCO academic databases (which include, among

others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited

article, but I could not find any indication that *Pediatrics* published an article by the

above-listed author with the title "Age of first smartphone use and subsequent mental

health outcomes: A longitudinal cohort study."

102.     The materials provided by NetChoice do not contain a 2023 article by X. Sun

with the title indicated in Paragraph 99 published in *Pediatrics.*

103.     To the best that I can determine, this citation pertains to a non-existent article.

104.     In addition, Section I5 of Bean's report attributes the following quotation to the

article identified above in Paragraph 99:

*"Our findings indicate that the timing of smartphone acquisition does not predict*

*adverse outcomes in academic performance, sleep patterns, or mental health."*

105.     I found no indication that this quotation exists as attributed in the Bean report.

Moreover, I reviewed the materials provided by NetChoice authored by Sun, and that

quotation is not found in those materials.


**The Lancet Commission on Adolescent Health and Wellbeing**

106.     The next article listed as a reference is styled as follows:

The Lancet Commission on Adolescent Health and Wellbeing. (2024). Understanding

self-harm and suicide among youth: A multifactorial perspective. *The Lancet, 403,*

1152-1164.

107.     I reviewed the online archives of *The Lancet*, available at

https://www.thelancet.com/ . This search yielded no articles with the title indicated I

Paragraph 106. There is no article in *The Lancet* volume 403 starting on page 1152. The

article starting on p. 1153 is titled "Intravitreal aflibercept 8 mg in diabetic macular

oedema (PHOTON): 48-week results from a randomised, double-masked, non-inferiority,

phase 2/3 trial." The page of the Lancet Commission on Adolescent Health and

Wellbeing (https://www.thelancet.com/commissions-do/adolescent-health-wellbeing)

does not list an article with this title.

108.     I searched all 62 of the EBSCO academic databases (which include, among

others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited

article, but I could not find any indication that *The Lancet* published an article by the

Lancet's Commission on Adolescent Health and Well-Being with the title

"Understanding self-harm and suicide among youth: A multifactorial perspective."

109.     The materials provided by NetChoice do not contain a 2024 article by the

Lancet's Commission on Adolescent Health and Well-Being with the title indicated in

Paragraph 106 published in *The Lancet.*

110.     To the best that I can determine, this citation pertains to a non-existent article.

## Social Media Experiments Meta

111.     The next article listed as a reference is styled as follows:

Social Media Experiments Meta (2024). Meta-analysis of controlled trials on social

media abstinence and psychological outcomes. *Journal of Media Psychology*. Advance

online publication.

112.     I reviewed the online archives of the *Journal of Media Psychology*, available at

https://www.hogrefe.com/us/journal/journal-of-media-psychology . This search yielded

no articles by "Social Media Experiments Meta" with this title.

113.     I searched all 62 of the EBSCO academic databases (which include, among

others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited

article, but I could not find any indication that the *Journal of Media Psychology*

published an article by "Social Media Experiments Meta" with the title "Meta-analysis of

controlled trials on social media abstinence and psychological outcomes."

114.     The materials provided by NetChoice do not contain a 2024 article by "Social

Media Experiments Meta" with the title listed in Paragraph 111 published in the *Journal

of Media Psychology*.

115.     To the best that I can determine, this citation pertains to a non-existent article.

116.     In addition, Section F4 of Bean's report attributes the following quotation to the

article identified above in Paragraph 111:

*"Across dozens of experimental studies, we find no reliable support for the*

*hypothesis that abstaining from social media improves mental health. Where*

*effects do appear, they are small, short-lived, and inconsistent across demographic*

*groups."*

117.     I found no indication that this quotation exists as attributed in the Bean report.

Moreover, I reviewed the materials provided by NetChoice, and there is no article

attributed to the Social Media Experiments Meta.

**Social Media Meta**

118.     The next article listed as a reference is styled as follows:

Social Media Meta (2024). Broad meta-review of social media's impact on adolescent development. *Adolescent Psychiatry Review*. Advance online publication.

119.     I searched online search engines and academic databases and could find no journal titled *Adolescent Psychiatry Review*.

120.     I searched all 62 of the EBSCO academic databases (which include, among others, PsycInfo, Medline, EconLit, and the MLA Directory) to attempt to locate the cited article, but I could not find any indication that any journal published an article by "Social Media Meta" with the title "Broad meta-review of social media's impact on adolescent development."

121.     The materials provided by NetChoice do not contain a 2024 article by "Social Media Meta" with the title listed in Paragraph 118 published in *Adolescent Psychiatry Review*.

122.     To the best that I can determine, this citation pertains to a non-existent article.

*          *          *

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Diego, California, on the 15th day of August, 2025.

_____

JEAN M. TWENGE, PH.D.