# Exhibit 1 -
# NetChoice's May 19 Discovery Responses

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NETCHOICE, <br><br> *Plaintiff*, <br><br> v. <br><br> LIZ MURRILL, et al., <br><br> *Defendants*. | Civil Action No. 3:25-cv-00231-JWD-RLB |

**PLAINTIFF NETCHOICE'S REPONSE TO
THE STATE'S FIRST SET OF INTERROGATORIES, REQUESTS FOR
PRODUCTION, AND REQUESTS FOR ADMISSION**

**GENERAL OBJECTIONS**

1.     Plaintiff (or "NetChoice") objects to the definition of "Member" to the extent it is overbroad and unduly burdensome in seeking information about Plaintiff 's association members that are not covered by the Act, and thus are irrelevant to this lawsuit. For the purpose of these responses, Plaintiff will construe the term "Member" to refer to Plaintiff's association members that Plaintiff understands may be covered by both the definition of "social media platform" and the challenged provisions of the Act. Plaintiff reserves the right to supplement or update its responses based on Defendants' responses to Plaintiff's discovery requests.

2.     Plaintiff objects to the Definition of "Plaintiff" to the extent it includes "NetChoice's association Members." NetChoice's members are not parties to this lawsuit. And not all members are even potentially regulated by this law. Accordingly, these responses will construe "Plaintiff" to mean the only party before the Court, NetChoice itself. As an industry association, Plaintiff's communications and activities reflect the diverse and sometimes conflicting interests of its many members. Its positions and advocacy efforts cannot be imputed to any individual member company. Plaintiff does not speak for or represent any single member in its

activities, but rather advocates for policies that balance the interests of its broad membership and the industry. Unless expressly stated otherwise, in responding to any interrogatory, Plaintiff is not speaking on behalf of any association members, including for purposes of Federal Rule of Evidence 801(d)(2)(B), (C) and (D), but Plaintiff is instead responding based on its own knowledge and understanding.

3.     Plaintiff objects to Interrogatory Instruction 3, which purports to "seek[] information within [NetChoice's] possession, custody, or control, including information known by each of [NetChoice's] agents (such as attorneys), servants, employees, and other persons who are subject to their control," to the extent it purports to impose obligations in excess of those required by the Federal Rules of Civil Procedure. Consistent with the Federal Rules, and subject to any general or specific objections, the responses to the Interrogatories set out below provide the information available after a reasonable inquiry.

4.     Plaintiff objects to the Duty to Supplement, to the extent it provides "supplemental responses shall be served promptly, but in any case, within thirty (30) days after you receive or discover such documents or information and in no circumstances later than fifteen (15) days before trial." Plaintiff objects to this instruction as unduly burdensome because it purports to impose requirements in excess of Federal Rule of Civil Procedure 26(e), which requires that a party must supplement responses "(A) in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing; or (B) as ordered by the court." To the extent Plaintiff finds it necessary to supplement its responses, Plaintiff will do so consistently with the applicable requirements of the Federal Rules.

5.      Plaintiff objects to the Interrogatories and Requests to the extent they call for the production of any information protected by the attorney-client privilege, the work product doctrine, the First Amendment's associational and/or editorial privileges, or any other applicable privilege from disclosure. Plaintiff will not produce such material in response to the Interrogatories or Requests. Any disclosure of such protected or privileged data or information is not intended as, and shall not be construed as, a waiver of any applicable privileges or protections.

6.      Plaintiff objects to the Interrogatories and Requests to the extent they call for the production of any information that is, or that reveals, confidential, proprietary, trade information. If such information may be produced, the production will occur only pursuant to an appropriate protective order.

7.      Plaintiff objects to the instructions to the Requests for Production, to the extent they provide that "the timeframe for the following Requests is for January 1, 2019, to the present." This timeframe is not proportional to the needs of the case.

8.      Plaintiff objects to the instructions and definitions to the extent they are vague and overbroad.

9.      Plaintiff objects to the Interrogatories and Requests to the extent they require delivery of hard copies of documents to Defendants' counsel. Instead, Plaintiff will produce documents in an electronic format.

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

Plaintiff expressly incorporates the above General Objections as though set forth fully in response to each of the following Interrogatories. In addition to those General Objections, Plaintiff also makes the following Specific Objections to each Interrogatory:

**1.      Identify the person(s) answering these Interrogatories, and/or responding to the State's Request for Production of Documents and Requests for Admission, including any**

**person(s) supplying information or assisting in any way with the preparation of the answers and responses thereto.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice also objects to this interrogatory on the grounds that it seeks information protected by attorney-client and work product privilege, among other privileges.

**Reponses:** Notwithstanding these objections, and without waiving any applicable privilege, NetChoice answers as follows:

Bartlett Cleland prepared responses to the State's discovery requests, with assistance of counsel.

2.     **Identify all tiers or levels of membership in NetChoice describing such tiers or levels in terms of cost of membership; rights, duties, and responsibilities; voting power; and all Members in each tier or level. Please also provide the time period that each NetChoice Member has been associated with NetChoice in total and in any particular tier or level of membership.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects on the grounds that this information is not relevant to the claims in this case. Documents reflecting NetChoice's criteria for membership are not relevant to any of the claims and not proportional to the needs of the case.

NetChoice also objects on First Amendment grounds. Information covered by this request would potentially reveal information about NetChoice's members and other NetChoice supporters. The information sought by this request would also potentially implicate NetChoice's and other third-parties' First Amendment rights, associational privacy, free speech, and the right to petition the government. *See Am. for Prosperity Foundation v. Bonta*, 141 S. Ct. 2373, 2382 (2021); *NAACP v. State of Ala. ex rel. Patterson*, 357 U.S. 449, 460-66 (1958). Subjecting this information

to disclosure could lead to severe harassment, intimidation, or threats and a chilling effect on speech.

The potential chilling effect of these requests cannot be overstated. If NetChoice's internal communications and strategies are subject to disclosure, it would significantly impair its ability to freely associate, deliberate, and advocate on behalf of its members.

NetChoice also objects on the basis that these requests seek highly confidential and proprietary information that constitute trade secrets. This includes:

- NetChoice's confidential membership criteria and vetting processes

- Detailed strategic plans for advocacy campaigns

- Confidential communications with member companies about sensitive policy issues

Disclosure of this information would cause competitive harm to NetChoice by revealing its proprietary methods of operation to rival trade associations and advocacy organizations. It would also damage NetChoice's relationships with its members, most of whom are not implicated by this litigation, by exposing their confidential communications and strategic thinking.

NetChoice also objects to this request to the extent that it might implicate documents covered by attorney-client, joint-defense, or common-interest privilege. NetChoice also objects to this request to the extent that it might implicate documents covered by any other applicable privilege.

3. **Within the maximum scope of Fed. R. Civ. P. 33(a)(2), identify all Members of NetChoice (and answer as to NetChoice itself) who you claim are regulated by the provisions of the Secure Online Child Act. For each Member identified, please identify all Services offered by these Members NetChoice contends are regulated by the Act and how specifically**

**the Act regulates each Service. If NetChoice claims the Act does not regulate some of its Members, please identify those Members.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory to the extent it calls for legal conclusions.

**Reponses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice identified the following members and their services regulated by the Act in NetChoice's complaint (ECF 1 ¶ 15), preliminary injunction motion (ECF 6-1 at 3), and Declaration of Bartlett Cleland (ECF 6-3 ¶ 12): (1) Meta (Facebook and Instagram); (2) Nextdoor; (3) Pinterest; (4) Reddit; (5) Snap Inc. (Snapchat); (6) X; and (7) YouTube (Google is also a member).

As a result, NetChoice has not identified the following members (and their respective services) as regulated by the Act: Airbnb, Alibaba.com, Amazon.com, AOL, Dreamwidth, Duolingo, Earnin, eBay, Etsy, Expedia, Fluid Truck, Hims&Hers, HomeAway, Hotels.com, Lyft, Netflix, OfferUp, Orbitz, PayPal, PrizePicks, StubHub, Swimply, TravelTech, Travelocity, Trivago, Turo, VRBO, VSBLTY, Waymo, Wing, and Yahoo!.

NetChoice will supplement this information if necessary after receiving information and documents demonstrating which companies and services the Attorney General asserts are regulated by the Act.

4.     **With regard to Members NetChoice claims the Secure Online Child Act regulates, please identify and describe all of the policies of those Members related to access by Minor Users, including, terms of use or service; content moderation policies; content compiling and curating for those users; data collection of Personal Information and retention of that data for Minor Users; and selection and display of advertisements for Minor Users, including whether and what kind of Personal Information is used.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory on the grounds that this information is publicly available to Defendants.

Plaintiff also objects to this interrogatory on the grounds that "content compiling and curating for those users" is vague.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

Below, NetChoice points to where its members have made their policies publicly available and has included members' own descriptions of the most recent version of members' respective policies. These summaries are not exhaustive, as the policies speak for themselves and are the best source of information responsive to this interrogatory.

**Facebook**

*Terms of Service/Use.* Meta's Terms of Service are publicly available at: https://www.facebook.com/terms/. As the Terms themselves state:

> These Terms of Service (the "Terms") govern your access and use of Facebook, Messenger, and the other products, websites, features, apps, services, technologies, and software we offer (the Meta Products), except where we expressly state that separate terms (and not these) apply. (For example, your use of Instagram is subject to the Instagram Terms of Use). These Products are provided to you by Meta Platforms, Inc. These Terms therefore constitute an agreement between you and Meta Platforms, Inc. If you do not agree to these Terms, then do not access or use Facebook or the other products and services covered by these Terms.

*Content-Moderation Policies.* Meta's Community Guidelines are publicly available at: https://transparency.meta.com/policies/community-standards/. As the Community Guidelines themselves explain:

> Our Community Standards apply to everyone, all around the world, and to all types of content, including AI-generated content.
>
> Each section of our Community Standards starts with a "Policy Rationale" that sets out the aims of the policy followed by specific policy lines that outline:
>
> - Content that's not allowed; and

- Content that requires additional information or context to enforce on, content that is allowed with a warning screen or content that is allowed but can only be viewed by adults aged 18 and older.

*Data-Privacy Policies.* Meta's Privacy Policy is publicly available at https://www.facebook.com/privacy/policy/. As the Policy itself explains:

We at Meta want you to understand what information we collect, and how we use and share it. That's why we encourage you to read our Privacy Policy. This helps you use Meta Products in the way that's right for you.

In the Privacy Policy, we explain how we collect, use, share, retain and transfer information. We also let you know your rights. Each section of this Policy includes helpful examples and simpler language to make our practices easier to understand. We've also added links to resources where you can learn more about the privacy topics that interest you.

It's important to us that you know how to control your privacy, so we also show you where you can manage your information in the settings of the Meta Products you use. You can update these settings to shape your experience.

*Advertisement Policies.* Meta's Advertising Standards are publicly available at: https://transparency.meta.com/policies/ad-standards/. As the Standards themselves explain:

Our Advertising Standards provide policy detail and guidance on the types of ad content we allow, and the types of ad content we prohibit. When advertisers place an order, each ad is reviewed against our policies. Our Advertising Standards also provide guidance on advertiser behavior that may result in advertising restrictions being placed on a Business Account or its assets (an ad account, Page or user account).

Information about advertising to teens is available at: https://www.facebook.com/business/help/229435355723442.

*Content curation.* As the Supreme Court has recognized, Facebook's "News Feed" "delivers a personalized collection" of content ranging from "vacation pictures from friends" to "articles from local or national news outlets." *Moody v. NetChoice, LLC*, 603 U.S. 707, 734 (2024). The "selection and ranking" of what ends up on a user's News Feed is "most often based on a user's expressed interests and past activities." *Id*. at 734-35.

Facebook uses information that users provide on the platform to personalize users' experience on the service, including the ads users see. As Facebook has stated:

> When you take an action on Facebook, such as following a Page or liking a post, we use that information to personalize your experience, including the ads you see. Businesses can also choose to send us information about actions you take on their websites and apps, and we use that information to show you more relevant content. We call this personalization, and it's how we try to show you content you care about, instead of things that don't interest you.

More information on Facebook's approach to personalization and data privacy can be found here: https://about.fb.com/news/2020/12/personalized-advertising-and-privacy-are-not-at-odds/.

**Instagram**

*Terms of Service/Use.* Instagram's Terms of Service are publicly available at: https://help.instagram.com/581066165581870. As the Terms themselves state:

> These Terms of Use (or "Terms") govern your access and use of Instagram, except where we expressly state that separate terms (and not these) apply, and provide information about the Instagram Service (the "Service"), outlined below. The Meta Terms of Service do not apply to this Service.

> The Instagram Service is one of the Meta Products, provided to you by Meta Platforms, Inc. These Terms of Use therefore constitute an agreement between you and Meta Platforms, Inc. If you do not agree to these Terms, then do not access or use Instagram.

*Content-Moderation Policies.* Instagram's Community Guidelines are publicly available at: https://transparency.meta.com/policies/community-standards/. As the Community Guidelines themselves explain:

> Our Community Standards apply to everyone, all around the world, and to all types of content, including AI-generated content.

> Each section of our Community Standards starts with a "Policy Rationale" that sets out the aims of the policy followed by specific policy lines that outline:

> - Content that's not allowed; and

- Content that requires additional information or context to enforce on, content that is allowed with a warning screen or content that is allowed but can only be viewed by adults aged 18 and older.

*Data-Privacy Policies.* Instagram's Data Policy is publicly available at https://help.instagram.com/155833707900388. As the Policy itself explains:

> To provide the Meta Products, we must process information about you. The types of information we collect depend on how you use our Products. You can learn how to access and delete information we collect by visiting the Facebook Settings and Instagram Settings.

*Advertisement Policies.* Instagram's Advertising Standards are publicly available at: https://transparency.meta.com/policies/ad-standards/. As the Standards themselves explain:

> Our Advertising Standards provide policy detail and guidance on the types of ad content we allow, and the types of ad content we prohibit. When advertisers place an order, each ad is reviewed against our policies. Our Advertising Standards also provide guidance on advertiser behavior that may result in advertising restrictions being placed on a Business Account or its assets (an ad account, Page or user account).

Information about Instagram's advertising to teens is available at: https://help.instagram.com/1079023176238541/?helpref=related_articles.

*Content Curation.* Information on Instagram's ranked feed is available at: https://about.instagram.com/blog/tips-and-tricks/control-your-instagram-feed. As Instagram explains there:

> It's important to us that you feel good about the time you spend on Instagram, so we're always working on ways to give you more control over what you see. Our ranked feed prioritizes posts we think you're most likely to enjoy, but we understand that we may not always get it right. There are a number of ways you can shape your experience on Instagram and see more of what you want on your feed.

**Nextdoor**

*Terms of Service/Use.* Nextdoor's Member Agreement is publicly available at: https://help.nextdoor.com/s/article/Member-Agreement-2024?language=en_US. As the Agreement itself states:

> This Member Agreement (the "Terms") governs your rights and responsibilities related to Nextdoor's services including all of Nextdoor's websites, domains, apps, products, services, features, and marketing campaigns (the "Services") if you have your ordinary place of residence or establishment in the United States, Canada, or Australia. These Terms do not apply to Agencies or Non-Member customers, and the Services do not include Agency Pages or our non-Member advertising services. When you register to use our Services, you become a "Member." If you have chosen not to register for our Services, you may still be able to access certain aspects of our Services made available to you as a "Visitor." By accessing or using our Services, whether as a Member or Visitor, you acknowledge and agree that you have read, understand, and agree to be bound by these Terms as a legally binding contract with Nextdoor (even if you are using the Services on behalf of a company), so please take a moment to read these Terms.

*Content-Moderation Policies.* Nextdoor's Community Guidelines are publicly available at: https://help.nextdoor.com/s/article/community-guidelines?language=en_US#:~:text=We%20prohibit%20any%20activity%20that,a%20reason%20to%20report%20it. As the Community Guidelines themselves explain:

> We want everyone to feel welcome on Nextdoor, and we have created these Guidelines to define the values of the community we want to build. On Nextdoor, you're connected not by a shared preference, but a shared connection to a place — your neighborhood. Let's build a strong one together.

*Data-Privacy Policies.* Nextdoor's Privacy Policy is publicly available at https://help.nextdoor.com/s/article/Privacy-Policy-2024?language=en_US. As the Policy itself explains:

> We may collect personal information about you from you directly, from other Members or other users of our Services, through technology that automatically collects information from your browser or device, and from third party sources. See below for the categories of personal information that we collect and how it is collected. Note that not all Nextdoor account types and features are available in all locations, so some of these categories may not apply to you.

For specific Services or circumstances, further privacy notices or disclosures may be given in a just-in-time manner, provided at the time we request or collect personal information from you, to explain our data collection or privacy practices that only apply in limited situations. Any personal information that we collect will be used and processed in a manner consistent with this Privacy Policy.

*Advertisement Policies.* Nextdoor's Personalized Ad Policy & Guidelines are publicly available at: https://business.nextdoor.com/en-us/nam/nextdoor-ads-manager/ad-policy. As the Guidelines themselves explain:

At Nextdoor, our commitment is to cultivate a positive and respectful community, providing a platform for our users (we call them neighbors!) to connect, share valuable information, and build trust. We recognize the value of advertising in enhancing each neighborhood's experience, and want to ensure that advertisements on Nextdoor align with this commitment. This advertising policy outlines the standards and guidelines advertisers must follow, ensuring a harmonious and trusted experience for all neighbors.

Nextdoor's ad policy places requirements and restrictions on the following:

- Advertiser requirements, detailing the criteria that all advertising accounts on Nextdoor must meet to be eligible for the use of our advertising platform

- Content and creatives, defining what types of content are allowed, restricted, or prohibited, and how they should be portrayed

- Functionality and behavior, establishing permissible features and their technical limitations on Nextdoor's platform

- Targeting, outlining restrictions on how advertisers target audiences

Information on Nextdoor's Personalized Ads and Privacy Controls are publicly available at: https://help.nextdoor.com/s/article/Personalized-Ads-and-Privacy-Controls?language=en_US.

As that explains:

We want to make your Nextdoor experience as useful and enjoyable as possible. With personalized ads, we'll show you ads that are more relevant and interesting.

Some of the ads you'll see are personalized based on your activity on the Nextdoor site and app. Other ads are personalized based on your activity elsewhere.

*Content Curation.* Information about Nextdoor's content curation is publicly available at:

https://help.nextdoor.com/s/topic-page?topicName=Using-Nextdoor&language=en_US.          As

Nextdoor's policies explain:

**What's the newsfeed?**

The newsfeed is the center of your Nextdoor homepage. It's where you can find a constantly updated list of posts, discussions, photos, and links from your Nextdoor neighbors, public agencies, and groups.

**Choose from four filters to sort your newsfeed**

**The For You feed** shows the posts first that we think will be the most relevant and interesting to you

**The Recent feed** shows you the most recent posts first

**The Nearby feed** shows you posts only from your nearby neighborhoods

**The Trending feed** shows you the most popular posts in your neighborhood from the last 7 days

https://help.nextdoor.com/s/article/How-to-sort-your-newsfeed?language=en_US

**Pinterest**

*Terms of Service/Use.* Pinterest's Terms of Service are publicly available at

https://policy.pinterest.com/en/terms-of-service. As the Terms themselves state:

These Terms of Service ("Terms") govern your access to and use of any website, app, service, technology, API, widget, platform, channel or any other products or features owned, operated, branded or offered by Pinterest ("Pinterest" or the "Service"), except where we expressly state that separate terms (and not these) apply. For the purposes of these Terms, "we" or "us" refers to the party with whom you are entering into this agreement, per Section 13(e) (Parties). Please read these Terms carefully, and contact us if you have any questions.

*Content-Moderation Policies.* Pinterest's Community Guidelines are publicly available at:

https://policy.pinterest.com/en/community-guidelines. As the Community Guidelines themselves

explain:

Pinterest's mission is to bring everyone the inspiration to create a life they love. That being said, not all content is inspiring - so we have community guidelines to

13

outline what we do and don't allow on Pinterest. These guidelines are our acceptable use policy, so if you find content that shouldn't be on Pinterest, please report it to us. We appreciate your feedback and work hard to review your report and take appropriate action in a timely fashion. We use your reports to learn and evolve our standards, and work with subject matter experts to inform and update our guidelines. You can learn more about how we enforce these guidelines in our biannual transparency report.

*Data-Privacy Policies.* Pinterest's Privacy Policy is publicly available at:

https://policy.pinterest.com/en/privacy-policy. As the Privacy Policy states:

> Our mission is to bring everyone the inspiration to create a life they love. To do that, we show you personalized content and ads we think you'll be interested in based on information we collect from you and other parties.

> We wrote this policy to help you understand what information we collect, how we use it and what choices you have about it. Some of the concepts below are a little technical, but we've tried our best to explain things in a simple and clear way.

*Advertisement Policies.* Pinterest's Advertising Guidelines are available at:

https://policy.pinterest.com/en/advertising-guidelines. As the Guidelines state:

> Our mission at Pinterest is to bring everyone the inspiration to create the life they love. We believe promoted content can play a big role in helping people create a life they love, which is why we want ads to be some of the best stuff you see on Pinterest. If you follow these guidelines, you'll be all set for promoting great content on Pinterest.

Pinterest publicly provides information on personalized ads at:

https://help.pinterest.com/en/article/personalized-ads-on-pinterest.

*Content curation.* Information about Pinterest's content recommendations is available in

Pinterest's Terms of Service, available at: https://policy.pinterest.com/en/terms-of-service#section-3-your-user-content. As those Terms of Service state:

> Content recommendations on Pinterest are made based on a combination of factors. Your recommendations are mainly influenced by how you engage with our Service, the topics we think you're interested in and how interested you are in them, and what other users who share your similar characteristics and interests like. The relative importance of these criteria is influenced by how you engage with our Service, including how often you engage, your saves, and your hides.

**Reddit**

*Terms of Service/Use.* Reddit's User Agreement is publicly available at:

https://redditinc.com/policies/user-agreement. As the Agreement itself states:

> Hello, redditors and people of the Internet! This Reddit User Agreement ("**Terms**") applies to your access to and use of the websites, mobile apps, widgets, APIs, emails, and other online products and services (collectively, the "**Services**") provided by Reddit, Inc. ("**Reddit**," "**we**," "**us**," or "**our**").
>
> Remember Reddit is for fun and is intended to be a place for your entertainment, but we still need some basic rules. By accessing or using our Services, you agree to be bound by these Terms. If you do not agree to these Terms, you may not access or use our Services[.]
>
> In addition, Reddit provides the following information explaining limitations on age:
>
> - https://support.reddithelp.com/hc/en-us/articles/360043066492-How-old-do-you-need-to-be-to-use-Reddit
>
> - https://support.reddithelp.com/hc/en-us/articles/360058758031-How-do-I-report-someone-I-think-is-under-the-age-of-13

*Content-Moderation Policies.* Reddit's Rules are publicly available at:

https://redditinc.com/policies/reddit-rules. Those Rules are service-wide and recognize that:

> Every community on Reddit is defined by its users. Some of these users help manage the community as moderators. The culture of each community is shaped explicitly, by the community rules enforced by moderators, and implicitly, by the upvotes, downvotes, and discussions of its community members. Please abide by the rules of communities in which you participate and do not interfere with those in which you are not a member.

In addition, Reddit publishes a Moderator Code of Conduct at:

https://redditinc.com/policies/moderator-code-of-conduct. That Moderator Code of Conduct

provides:

> Reddit's mission is to bring community, belonging, and empowerment to everyone in the world. Moderators are key to making this happen: you are at the frontlines using your creativity, decision-making, and passion to create fun and engaging spaces for redditors. The Moderator Code of Conduct serves to clarify our expectations of mods, help you develop subreddit rules and norms to create and nurture your communities, and empower you to make decisions more easily.

*Data-Privacy Policies.* Reddit's Privacy Policy is publicly available at:

www.reddit.com/policies/privacy-policy?__hstc=53109431.b4b5fc4207b4f62667c9b7610d54c367.1746805381806.1746805381806.1746805381806.1&__hssc=53109431.3.1746805381806&__hsfp=2252091439&rdt=44865.

As that Policy states:

> At Reddit, we believe that privacy is a right. We want to empower our users to be the masters of their identity. In this privacy policy, we want to help you understand how and why Reddit ("Reddit," "we" or "us") collects, uses, and shares information about you when you use our websites, mobile apps, widgets, APIs, emails, and other online products and services (collectively, the "Services") or when you otherwise interact with us or receive a communication from us.

*Advertisement Policies.* Reddit's Advertising Policies are available as follows:

- Advertising Platform Terms, https://business.reddithelp.com/s/article/REDDIT-ADVERTISING-PLATFORM-TERMS
- Reddit Business Tool Terms, https://business.reddithelp.com/s/article/Reddit-Business-Tool-Terms
- Reddit Custom Audience Terms, https://business.reddithelp.com/s/article/Custom-Audience-Terms
- Reddit Advertising Data Processing Agreement, https://business.reddithelp.com/s/article/Reddit-Advertising-Data-Processing-Agreement
- Jurisdiction Specific Terms, https://business.reddithelp.com/s/article/Reddit-Jurisdiction-Specific-Terms
- Reddit Ads Subprocessors, https://business.reddithelp.com/s/article/Reddit-Ads-Subprocessors
- Terms & Conditions: Ads API, https://business.reddithelp.com/s/article/Reddit-Ads-API-Terms
- Terms & Conditions: Third Party Audience Targeting (Beta), https://business.reddithelp.com/s/article/Third-Party-Audience-Targeting-Beta-Terms
- Reddit Ads Policy: Targeting Guidelines, https://business.reddithelp.com/s/article/Reddit-Advertising-Policy-Targeting-Guidelines

As Reddit explains in its Targeting Guidelines at

https://business.reddithelp.com/s/article/Reddit-Advertising-Policy-Targeting-Guidelines, Reddit

prohibits ad targeting based on a user being under the age of 18.

*Content Curation.* As the Declaration of Jeremy Kessel (ECF 6-5 ¶ 17) explains:

At the heart of content prioritization and promotion on Reddit lies Reddit's voting system. Every account holder on Reddit has the power to upvote or downvote content. When Reddit displays lists of posts and comments, consistently upvoted posts and comments will rise to the top so that other users can more easily see and interact with them. Conversely, downvoted content becomes less visible. And if content is downvoted enough, it will eventually be hidden entirely from the default view of the community. The downvote allows any member of a community—not just a moderator—to reject undesirable behavior or low-quality content given the community norms of that subreddit.

**Snapchat**

*Terms of Service/Use.* Snapchat's Terms of Service are publicly available at:

https://www.snap.com/terms. As the Terms state:

By using any of our Services, you agree to the Terms. If so, Snap grants you a non-assignable, non-exclusive, revocable, and non-sublicensable license to use the Services in accordance with these Terms and our policies. Of course, if you don't agree with the Terms, then don't use the Services.

*Content-Moderation Policies.* Snapchat's Community Guidelines are publicly available at:

https://values.snap.com/policy/policy-community-guidelines. As the Guidelines state:

We want Snapchat to be a safe and positive experience for everyone. We reserve the right to decide, at our sole discretion, what content or behavior violates the spirit of our rules. While we have the right to review, moderate, or remove any content from our platform, we do not proactively review all of it. We cannot guarantee that other users will comply with our Community Guidelines or that our platform will be free of violating content. We strongly encourage Snapchatters to report any content that may be violating so that our teams can review and take appropriate action.

*Data-Privacy Policies.* Snapchat's Privacy Policy is publicly available at:

https://values.snap.com/privacy/privacy-policy. As that Policy states:

When you use our Services, such as Snapchat, we collect information you provide to us, generate information when you use our Services, and in some cases receive data from others. Let's break these down in more detail.

Information about Additional Protections for Teens (ages 13-17) on Snapchat are available

at: https://values.snap.com/privacy/teens.

*Advertisement Policies.* Information on Snapchat and Ads is publicly available at: https://values.snap.com/privacy/ads-privacy. Snapchat's Advertising Policies are publicly available at: https://www.snap.com/ad-policies?lang=en-US.

*Content Curation.* Snapchat's Content Guidelines for Recommendation Eligibility are publicly available at: https://www.snap.com/content-recommendation-guidelines. As those Guidelines explain:

> Snapchat is primarily a visual messaging app built to help people communicate with their family and friends. But there are parts of the app where public content may reach a wider audience via algorithmic recommendations; such content is defined as Recommended Content. For example:
>
> - On the Stories tab, Snapchatters can view recommended content from professional media partners and popular creators.
>
> - On Spotlight, Snapchatters can watch content created and submitted by our community.
>
> - On the Map, Snapchatters can see Snaps of events, breaking news and more from around the world.

**X**

*Terms of Service/Use.* X's Terms of Service are publicly available at: https://x.com/en/tos. As those Terms state:

> You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words "you" and "your" as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

*Content-Moderation Policies.* X's Rules are publicly available at: https://help.x.com/en/rules-and-policies/x-rules. As those Rules state:

> X's purpose is to serve the public conversation. Violence, harassment and other similar types of behavior discourage people from expressing themselves, and ultimately diminish the value of global public conversation. Our rules are to ensure all people can participate in the public conversation freely and safely.

*Data-Privacy Policies.* X's Privacy Policy is available at: https://x.com/en/privacy. As that Policy states:

> To use some of our products and services you need to have an account, and to create an account, you need to provide us certain information. Likewise, if you use our paid products and services, we cannot provide them to you without getting payment information. Basically, certain information is necessary if you want to use many of our products and services.

*Advertisement Policies.* X's Ads Policies are available at: https://business.x.com/en/help/ads-policies. As those policies state:

> Advertisers on X are responsible for their X Ads. This means following all applicable laws and regulations, creating honest ads, and advertising safely and respectfully. This article describes our advertising policies. Our policies require you to follow the law, but they are not legal advice.

*Content curation.* X explains how it uses information collected on X to provide users with services in its Privacy Policy, available at https://x.com/en/privacy. As that Policy explains:

> We use the information we collect to provide and operate X products and services. We also use the information we collect to improve and personalize our products and services so that you have a better experience on X, including by showing you more relevant content and ads, suggesting people and topics to follow, enabling and helping you discover affiliates, third-party apps, and services. We may use the information we collect and publicly available information to help train our machine learning or artificial intelligence models for the purposes outlined in this policy.

**YouTube**

*Terms of Service/Use.* YouTube's Terms of Service are publicly available at: https://www.youtube.com/static?template=terms. As those Terms state:

19

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

*Content-Moderation Policies.* YouTube's Community Guidelines are publicly available at:

https://www.youtube.com/howyoutubeworks/policies/community-guidelines/.          As          those

Guidelines state:

YouTube has always had a set of Community Guidelines that outline what type of content isn't allowed on YouTube. These policies apply to all types of content on our platform, including videos, comments, links, and thumbnails. Our Community Guidelines are a key part of our broader suite of policies and are regularly updated in consultation with outside experts and YouTube creators to keep pace with emerging challenges.

*Data-Privacy Policies.* YouTube's Data Privacy Policy is publicly available at:

https://support.google.com/youtube/answer/10364219?hl=en. As that Policy states:

We do not sell your personal information to anyone. We use the information we collect to customize our services for you, including providing recommendations, personalizing search results, and serving relevant ads. While these ads help fund our services and make them available to everyone at no monetary cost, your personal information is not for sale.

*Advertisement Policies.* YouTube's Ads Policies are publicly available at:

https://support.google.com/adspolicy/answer/6008942?sjid=16924652074924527831-NC.          As

those policies make clear:

We strive to support a healthy digital advertising ecosystem that's trustworthy and transparent for users, advertisers, and publishers. The purpose of this help center is to help you build Google Ads campaigns that align with our advertising policies listed below.

These policies are designed to ensure a safe and positive experience for our users and abide by applicable laws. This means that our policies prohibit content that is harmful to users and the overall advertising ecosystem.

Information about ad-serving protections for teens is available at: https://support.google.com/adspolicy/answer/12205906?hl=en. As that explains:

It's important that our advertising experience on Google products is useful, informative, and above all, safe for all our users. That's why we work to ensure that the advertising content shown on Google's products protects teens.

Google's Ad-serving Protections for Teens policy implements additional safeguards. On Google Accounts of people above the digital age of consent but under 18, we:

Disable ads personalization

Restrict sensitive ad categories

In addition to prohibiting ads from serving based on our existing policies, Google may limit ads in the categories below from serving to teens. The restrictions apply on YouTube, Google Display Ads, and Display & Video 360 campaigns. We'll expand to additional products over time.

*Content Curation.* As the Supreme Court has recognized, YouTube's "homepage" presents users with "an individualized list of video recommendations." *Moody*, 603 U.S. at 734. The "selection and ranking" of what ends up on a user's homepage is "most often based on a user's expressed interests and past activities." *Id*. at 734-35.

Information on how YouTube personalizes ads is publicly available at: https://www.youtube.com/howyoutubeworks/user-settings/ad-settings/. As YouTube explains:

YouTube aims to show you relevant and useful ads based on your activity, but you're always in control. With Ad Settings, we make it easy for you to control what data we use to personalize ads to you. This includes information you've added to your Google Account, what we've guessed about your interests as a result of your activity, and interactions with other advertisers that partner with us to show ads.

Information about ad-serving protections for teens is available at: https://support.google.com/adspolicy/answer/12205906?hl=en. As that explains:

It's important that our advertising experience on Google products is useful, informative, and above all, safe for all our users. That's why we work to ensure that the advertising content shown on Google's products protects teens.

21

Google's Ad-serving Protections for Teens policy implements additional safeguards. On Google Accounts of people above the digital age of consent but under 18, we:

> Disable ads personalization

> Restrict sensitive ad categories

In addition to prohibiting ads from serving based on our existing policies, Google may limit ads in the categories below from serving to teens. The restrictions apply on YouTube, Google Display Ads, and Display & Video 360 campaigns. We'll expand to additional products over time.

5.    **For each Member you claim to be regulated by the Secure Online Child Act in your response to Interrogatory No. 3, please identify the number of known Minor Users (determined as of December 31 of each year requested), number of Minor Users for which the Member has express parental consent, and the amount of revenue derived from Minor Users from 2019-2025. Please limit this answer to Minor Users in the United States and also provide the number of known Minor Users and amount of revenue derived therefrom for Minor Users in Louisiana.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

**Response:** NetChoice does not have this information in its custody, possession, or control.

6.    **With regard to Members NetChoice claims the Secure Online Child Act regulates, identify all actions those Members have taken to secure parental consent of Minor Users; alter or eliminate data collection and retention practices for Minor Users; alter or restrict access to certain types of content for Minor Users; alter or restrict the ability of Minor Users to interact with other users; protect the personal information and location of Minor Users; and alter, restrict, modify, or eliminate advertising practices related to serving advertisements on Minor Users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

Below, NetChoice points to where its members have made their policies publicly available and has included members' own descriptions of the most recent version of members' respective policies. These summaries are not exhaustive, as the policies speak for themselves and are the best source of information responsive to this interrogatory.

**Facebook.** Facebook makes publicly available information about how Teen Accounts operate on Facebook: https://www.facebook.com/help/1123135202753352/?helpref=related_articles&_rdr. As Facebook itself explains:

> Teen Accounts are Facebook accounts for teens 13-17 that are automatically set to protective teen safety settings. These settings aim to help keep you safe on Facebook by limiting unwanted contact and helping you manage your time on Facebook.

**Instagram.** Instagram makes publicly available information about how Teen Accounts operate on Instagram: https://about.instagram.com/community/teen-accounts. As Instagram itself explains:

> Teens 13-17 automatically have a protected experience, with built-in limits on who can contact them and the content they see, plus more ways to connect and explore their interests.

**Nextdoor.** Nextdoor requires users to be at least 13 years old to use Nextdoor. Information on Nextdoor's age requirements are available at: https://help.nextdoor.com/s/article/Why-Nextdoor-collects-birthdate-information?language=en_US.

**Pinterest.** Pinterest makes publicly available information about safety options for teens on Pinterest at: https://help.pinterest.com/en/article/teen-safety-options. As Pinterest itself explains:

> If you're under 18, your profile will be private. This means your profile won't be discoverable, but you can invite people you trust to follow you . If you're over 16, you can choose to make your profile public in your settings. No matter your age, you're in control of who you're in contact with.

**Reddit.** Reddit requires users to be at least 13 years old to use Reddit. Information on Reddit's age requirements is publicly available at: https://redditinc.com/policies/user-agreement.

**Snapchat.** Snapchat makes publicly available information about Protections for Teens on Snapchat at: https://parents.snapchat.com/safeguards-for-teens?utm_source=GoogleSEM&utm_medium=PAIDUA&utm_campaign=SnapchatSafety_MaxClicks_Search_AllDevices&utm_term=Snapchat_For_Teenager&utm_content=Safeguards_For.

**X.** X makes publicly available information for parents and minor users at: https://help.x.com/en/rules-and-policies/information-for-parents-and-minor-users#:~:text=X's%20policies%20set%20the%20minimum,defaulted%20to%20"Protected%20posts". As X itself explains:

> X, as a service, is not primarily for children, but anyone above the age of 13 can sign up for the service. We recognize that minors are a more vulnerable group by virtue of their age. The X Rules enable minors to participate in the public conversation freely and safely, and minors should rely on the X Rules (and report to X) in order to protect themselves.

**YouTube.** YouTube makes publicly available information about the different experiences it offers minor users on YouTube at multiple places: As YouTube itself explains:

> Every family's relationship with media and technology is different, so we offer options for you to decide what's best for yours. We regularly update our products to meet the diverse needs of families, and do so in consultation with our advisory committee of independent experts.

https://www.youtube.com/myfamily/.

YouTube has explained:

- "The privacy, physical safety, mental health, and wellbeing of children and teenagers require special protections online";

- "Parents and caregivers play an important role in setting the rules for their family's online experiences, particularly for the youngest children";

- "All children and teenagers deserve free access to high-quality and age appropriate content that meets their individual interests and needs";

- "The developmental needs of children differ greatly from those of teenagers and should be reflected in their online experiences"; and

- "With appropriate safeguards, innovative technologies can benefit children and teenagers."

https://blog.youtube/inside-youtube/youtubes-principled-approach-children-teenagers/.

As YouTube itself explains:

You can decide what YouTube experience is best for your family. Use the chart below to learn the differences between a supervised account on YouTube and the YouTube Kids app.

https://support.google.com/youtube/answer/10315420?hl=en&ref_topic=10314939.

YouTube has explained its best practices for kids & family content:

As part of these ongoing efforts, we've developed a set of quality principles below to help guide YouTube's kids and family creators. These principles were developed with child development specialists, and are based on extensive research.

https://support.google.com/youtube/answer/10774223.

YouTube has explained that:

A pre-teen supervised experience on YouTube is a parent-managed version of regular YouTube and YouTube Music for children under 13 (or relevant age in their country/region).

With a supervised account, parents select a content setting that limits the videos and music children under 13 can find and play. Supervised accounts also change the features they can use, the default account settings, and the ads they see. Learn more about creating a supervised account.

https://support.google.com/youtube/answer/10314940?hl=en&ref_topic=10314939&sjid=34695

80307433820283-NC.

YouTube has explained it offers "Supervised Experiences for Teens":

[P]arents and teens will be able to link their YouTube accounts in our new Family Center hub. In Family Center, parents can see shared insights into their teens' channel activity on YouTube including the number of uploads, subscriptions and

comments. Parents (and teens) will also receive proactive email notifications at key events, like when teens upload a video or start a livestream, providing an opportunity to offer advice on responsible creation supported by resources created with Common Sense Networks, an affiliate of Common Sense Media.

https://blog.youtube/news-and-events/a-collaborative-approach-to-teen-supervision-on-youtube/.

YouTube offers parents a variety of controls & settings for supervising minors accounts.

This information is publicly available at:

- https://support.google.com/youtube/answer/13877231?hl=en&ref_topic=1031493 9&sjid=6528288727058314478-NA#zippy=%2Cblock-content%2Cchange-your-childs-content-level-settings%2Creview-your-childs-watch-history%2Cclear-history%2Cpause-search-history%2Cpause-watch-history
- https://support.google.com/youtube/answer/10315823?hl=en
- https://families.google/familylink/faq/
- https://support.google.com/families/answer/7103340?hl=en&sjid=671915079595 6262096-NC
- https://support.google.com/youtubekids/answer/10314074?hl=en&sjid=88459830 92692228429-NC

YouTube has developed robust means of addressing user-generated content that violates

our                      policies                      as                      explained                      at:

https://justitie.belgium.be/sites/default/files/downloads/information_quality_content_moderation

_white_paper%20(1)%20(1).pdf.

YouTube also maintains policies and tools to appropriately age-restrict content. YouTube

explains these tools and approaches at:

- https://support.google.com/youtube/answer/2802167
- https://support.google.com/youtube/answer/2801999?hl=en&ref_topic=9282679
- https://blog.youtube/inside-youtube/look-how-we-treat-educational-documentary-scientific-and-artistic-content-youtube/
- https://support.google.com/youtube/answer/6345162?hl=en-GB
- https://blog.youtube/news-and-events/using-technology-more-consistently-apply-age-restrictions/
- https://blog.google/technology/families/google-new-built-in-protections-kids-teens/

YouTube also offers digital wellbeing tools that encourage minors to be mindful of their screen time. As YouTube has explained:

> In today's digital-first age, teens face unique challenges when it comes to nurturing and preserving their mental health and wellbeing. We know teens now are more online than ever, and it's all of our responsibility to step up and provide the knowledge, tools, and protections to support them through the new experiences and pressures that come with navigating the online world.

https://blog.youtube/inside-youtube/teen-mental-health-tools-2025/.

> These wellbeing tools include features like:
> - YouTube's autoplay feature is turned off by default for all users we know to be under 18 across all of YouTube's services. *See* https://support.google.com/youtube/answer/6327615?hl=en
> - "Take a Break" reminders are turned on by default for users known to be under 18. *See* https://support.google.com/youtube/answer/9012523
> - "Set a bedtime" reminders are turned on by default for all users known to be under 18. *See* https://support.google.com/youtube/answer/9884905

YouTube also continues to update its approach to specific content to support the unique needs of teens. As YouTube has explained:

> One of the Advisory Committee's important contributions has been advising YouTube on the developmental stages of teens - and specifically how content consumed online can impact the wellbeing of teens. Teens are more likely than adults to form negative beliefs about themselves when seeing repeated messages about ideal standards in content they consume online.

https://blog.youtube/inside-youtube/continued-support-for-teen-wellbeing-and-mental-health-on-youtube/. *See also* https://blog.youtube/news-and-events/an-updated-approach-to-eating-disorder-related-content/.

**7.      With regard to Members NetChoice claims the Secure Online Child Act regulates, please identify all Members that require users to provide a birthdate prior to allowing a user to obtain an account with the Member. For all such Members, please identify how long the Member has required users to provide a birthdate as a condition of obtaining an account.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff objects to this interrogatory on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

Below, NetChoice points to where its members have made their practices publicly available. Members' own publicly available services speak for themselves and are the best source of information responsive to this interrogatory.

**Facebook.** Facebook requires users to be at least 13 years old. Information on Facebook's age requirements are available at: https://www.facebook.com/help/958848942357089/. Facebook allows users to confirm their age by providing a birthdate.

**Instagram.** Instagram requires users to be at least 13 years old to sign up for Instagram. Information on Instagram's age requirements are available at: https://help.instagram.com/966909308115586?helpref=faq_content/. Instagram allows users to confirm their age by providing a birthdate.

**Nextdoor.** Nextdoor requires users to be at least 13 years old to use Nextdoor. Information on Nextdoor's age requirements are available at: https://help.nextdoor.com/s/article/Why-Nextdoor-collects-birthdate-information?language=en_US. Nextdoor allows users to confirm their age by providing a birthdate.

**Pinterest.** Pinterest's account creation page is publicly available at https://www.pinterest.com/login/?next=https%3A%2F%2Fhelp.pinterest.com%2Fen. It requests, among other things, "Birthdate."

**Reddit.** Reddit requires users to be at least 13 years old to use Reddit. Information on Reddit's age requirements is publicly available at: https://redditinc.com/policies/user-agreement.

**Snapchat.** Snapchat requires users to be at least 13 years old to create an account and use its services. Information on Snapchat's age requirements is publicly available at: https://www.snap.com/terms. Snapchat requires users to enter their birthdates. https://help.snapchat.com/hc/en-us/articles/7012302259092-How-do-I-change-my-birthday-on-Snapchat.

**X.** X requires users to be at least 13 years old to create an account and use its services. Information on X's age requirements is publicly available at: https://help.x.com/en/rules-and-policies/information-for-parents-and-minor-users#:~:text=X's%20policies%20set%20the%20minimum,defaulted%20to%20"Protected%20posts. During account creation, X asks for a date of birth.

**YouTube.** YouTube requires users to be at least 13 years old to create an account. However, children under the age of 13 may use the Supervised Experience on YouTube if enabled by a parent or legal guardian. Information on YouTube's age requirements is publicly available at: https://www.youtube.com/static?template=terms. During account creation, YouTube asks for a date of birth.

8.      **Identify and describe all actions by NetChoice and its Members to support legislation, government regulation, and/or impose industry standards related to data collection of Personal Information of Minor Users, age verification of Minor Users, obtaining parental consent for Minor Users, adopting content restriction for Minor Users, imposing limits on Minor Users' ability to communicate with other users, and/or restricting or modifying advertisement practices to Minor Users. This Interrogatory includes, but is not limited to, requiring such practices as a condition of doing business with the Member, obtaining access to certain data compiled by the Member, obtaining hosting services or data storage services of the Member, account verification services of the Member, or payment information or verification services provided by the Member.**

<u>**Objections:**</u> NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff objects to this interrogatory on the grounds that this information is publicly available to Defendants.

Plaintiff objects to this interrogatory on the grounds that it requests information about *all* members, and not members regulated (or plausibly regulated) by the Act here.

NetChoice also objects on First Amendment grounds. Information covered by this request would potentially reveal information about NetChoice's members and other NetChoice supporters. The information sought by this request would also potentially implicate NetChoice's and other third-parties' First Amendment rights, associational privacy, free speech, and the right to petition the government. *See Ams. for Prosperity Foundation v. Bonta*, 141 S. Ct. 2373, 2382 (2021); *NAACP v. State of Ala. ex rel. Patterson*, 357 U.S. 449, 460-66 (1958).

Moreover, the broad nature of these requests captures communications related to NetChoice's legislative advocacy efforts. The *Noerr-Pennington* doctrine protects such communications from unnecessary discovery, as compelling their disclosure would infringe on the First Amendment right to petition the government. *See Eastern Railroad Presidents Conference v. Noerr Motor Freight, Inc.*, 365 U.S. 127 (1961); *United Mine Workers v. Pennington*, 381 U.S. 657 (1965).

**Responses**: Notwithstanding these objections, NetChoice answers as follows:

*NetChoice.* As NetChoice explains on its publicly available website, "NetChoice works to make the Internet safe for free enterprise and free expression." Accordingly, NetChoice engages in a wide array of advocacy, including to opposition to the Act here—and other laws like it.

*Google.* Google has published a legislative framework for protecting children and teens online. *See* https://blog.google/outreach-initiatives/public-policy/google-legislation-framework-children-teens-safety/.

*Meta.* Meta has publicly supported federal legislation that requires app stores to get parental approval whenever teens under the age of 16 download apps. *See* https://about.fb.com/news/2023/11/online-teen-safety-legislation-is-needed/.

*Pinterest.* Pinterest has advocated for Congress to make digital IDs and require OS platforms to send age-validation information to apps. *See* https://newsroom.pinterest.com/news/to-protect-our-kids-online-congress-must-make-digital-ids-the-national-standard/.

*Snap.* Snap has publicly stated that "initial age verification should happen at the operating system or app store level." https://values.snap.com/news/evan-spiegel-the-hill-op-ed.

9.      **With regard to Members NetChoice claims the Secure Online Child Act regulates, identify and describe the advertisement policies of each Member with respect to Minor Users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff objects to this interrogatory on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

Below, NetChoice points to where its members have made their policies publicly available and has included members' own descriptions of the most recent version of members' respective policies. These summaries are not exhaustive, as the policies speak for themselves and are the best source of information responsive to this interrogatory.

**Facebook.** Meta's Advertising Standards are publicly available at: https://transparency.meta.com/policies/ad-standards/. As the Standards themselves explain:

> Our Advertising Standards provide policy detail and guidance on the types of ad content we allow, and the types of ad content we prohibit. When advertisers place an order, each ad is reviewed against our policies. Our Advertising Standards also provide guidance on advertiser behavior that may result in advertising restrictions

31

being placed on a Business Account or its assets (an ad account, Page or user account).

Additional    information    about    advertising    to    teens    is    available

at: https://www.facebook.com/business/help/229435355723442.

**Instagram.** Instagram's Advertising Standards are publicly available at:

https://transparency.meta.com/policies/ad-standards/. As the Standards themselves explain:

Our Advertising Standards provide policy detail and guidance on the types of ad content we allow, and the types of ad content we prohibit. When advertisers place an order, each ad is reviewed against our policies. Our Advertising Standards also provide guidance on advertiser behavior that may result in advertising restrictions being placed on a Business Account or its assets (an ad account, Page or user account).

Information    about    advertising    to    teens    is    available    at:

https://help.instagram.com/1079023176238541/?helpref=related_articles.

**Nextdoor.** Nextdoor's Personalized Ad Policy & Guidelines are publicly available at:

https://business.nextdoor.com/en-us/nam/nextdoor-ads-manager/ad-policy. As the Guidelines

themselves explain:

At Nextdoor, our commitment is to cultivate a positive and respectful community, providing a platform for our users (we call them neighbors!) to connect, share valuable information, and build trust. We recognize the value of advertising in enhancing each neighborhood's experience, and want to ensure that advertisements on Nextdoor align with this commitment. This advertising policy outlines the standards and guidelines advertisers must follow, ensuring a harmonious and trusted experience for all neighbors.

Nextdoor's ad policy places requirements and restrictions on the following:

- Advertiser requirements, detailing the criteria that all advertising accounts on Nextdoor must meet to be eligible for the use of our advertising platform

- Content and creatives, defining what types of content are allowed, restricted, or prohibited, and how they should be portrayed

- Functionality and behavior, establishing permissible features and their technical limitations on Nextdoor's platform

- Targeting, outlining restrictions on how advertisers target audiences

**Pinterest.** Pinterest's Advertising Guidelines are available at:

https://policy.pinterest.com/en/advertising-guidelines. As the Guidelines state:

> Our mission at Pinterest is to bring everyone the inspiration to create the life they love. We believe promoted content can play a big role in helping people create a life they love, which is why we want ads to be some of the best stuff you see on Pinterest. If you follow these guidelines, you'll be all set for promoting great content on Pinterest.

Pinterest publicly provides information on personalized ads

at: https://help.pinterest.com/en/article/personalized-ads-on-pinterest.

**Reddit.** Reddit's Advertising Policies are available as follows:

- Advertising Platform Terms, https://business.reddithelp.com/s/article/REDDIT-ADVERTISING-PLATFORM-TERMS
- Reddit Business Tool Terms, https://business.reddithelp.com/s/article/Reddit-Business-Tool-Terms
- Reddit Custom Audience Terms, https://business.reddithelp.com/s/article/Custom-Audience-Terms
- Reddit Advertising Data Processing Agreement, https://business.reddithelp.com/s/article/Reddit-Advertising-Data-Processing-Agreement
- Jurisdiction Specific Terms, https://business.reddithelp.com/s/article/Reddit-Jurisdiction-Specific-Terms
- Reddit Ads Subprocessors, https://business.reddithelp.com/s/article/Reddit-Ads-Subprocessors
- Terms & Conditions: Ads API, https://business.reddithelp.com/s/article/Reddit-Ads-API-Terms
- Terms & Conditions: Third Party Audience Targeting (Beta), https://business.reddithelp.com/s/article/Third-Party-Audience-Targeting-Beta-Terms
- Reddit Ads Policy: Targeting Guidelines, https://business.reddithelp.com/s/article/Reddit-Advertising-Policy-Targeting-Guidelines

As Reddit explains in its Targeting Guidelines at

https://business.reddithelp.com/s/article/Reddit-Advertising-Policy-Targeting-Guidelines, Reddit

prohibits ad targeting based on a user being under the age of 18.

**Snapchat.** Information on Snapchat and Ads is publicly available at: https://values.snap.com/privacy/ads-privacy. Snapchat's Advertising Policies are publicly available at: https://www.snap.com/ad-policies?lang=en-US.

**X.** X's Ads Policies are available at: https://business.x.com/en/help/ads-policies. As those policies state:

> Advertisers on X are responsible for their X Ads. This means following all applicable laws and regulations, creating honest ads, and advertising safely and respectfully. This article describes our advertising policies. Our policies require you to follow the law, but they are not legal advice.

**YouTube.** YouTube's Ads Policies are publicly available at: https://support.google.com/adspolicy/answer/6008942?sjid=16924652074924527831-NC. As those policies make clear:

> We strive to support a healthy digital advertising ecosystem that's trustworthy and transparent for users, advertisers, and publishers. The purpose of this help center is to help you build Google Ads campaigns that align with our advertising policies listed below.
>
> These policies are designed to ensure a safe and positive experience for our users and abide by applicable laws. This means that our policies prohibit content that is harmful to users and the overall advertising ecosystem.

Information about ad-serving protections for teens is available at: https://support.google.com/adspolicy/answer/12205906?hl=en and https://support.google.com/adspolicy/answer/15416897?hl=en&ref_topic=1626336&sjid=10241778216132791268-NA.

10. **With regard to Members NetChoice claims the Secure Online Child Act regulates, please identify and describe all content moderation policies, algorithm changes, content restrictions, or Service restrictions or modifications applicable to Minor Users (collectively "Minor User Changes") and the reasons for the identified Minor User Changes.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory on the grounds that this information is publicly available to Defendants.

Plaintiff also objects to this interrogatory on the grounds that it is vague.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

Below, NetChoice points to where its members have made their policies publicly available and has included members' own descriptions of the most recent version of members' respective policies. These summaries are not exhaustive, as the policies speak for themselves and are the best source of information responsive to this interrogatory.

**Facebook.** Facebook makes publicly available information about how Teen Accounts operate on Facebook: https://www.facebook.com/help/1123135202753352/?helpref=related_articles&_rdr. As Facebook itself explains:

> Teen Accounts are Facebook accounts for teens 13-17 that are automatically set to protective teen safety settings. These settings aim to help keep you safe on Facebook by limiting unwanted contact and helping you manage your time on Facebook.

**Instagram.** Instagram makes publicly available information about how Teen Accounts operate on Instagram: https://about.instagram.com/community/teen-accounts. As Instagram itself explains:

> Teens 13-17 automatically have a protected experience, with built-in limits on who can contact them and the content they see, plus more ways to connect and explore their interests.

**Nextdoor.** Nextdoor requires users to be at least 13 years old to use Nextdoor. Information on Nextdoor's age requirements are available at: https://help.nextdoor.com/s/article/Why-Nextdoor-collects-birthdate-information?language=en_US

**Pinterest.** Pinterest makes publicly available information about safety options for teens on

Pinterest at: https://help.pinterest.com/en/article/teen-safety-options. As Pinterest itself explains:

> If you're under 18, your profile will be private. This means your profile won't be
> discoverable, but you can invite people you trust to follow you . If you're over 16,
> you can choose to make your profile public in your settings. No matter your age,
> you're in control of who you're in contact with.

**Reddit.** Reddit requires users to be at least 13 years old to use Reddit. Information on

Reddit's age requirements is publicly available at: https://redditinc.com/policies/user-agreement.

**Snapchat.** Snapchat makes publicly available information about Protections for Teens on

Snapchat                    at:                    https://parents.snapchat.com/safeguards-for-

teens?utm_source=GoogleSEM&utm_medium=PAIDUA&utm_campaign=SnapchatSafety_Ma

xClicks_Search_AllDevices&utm_term=Snapchat_For_Teenager&utm_content=Safeguards_For

_Teens&gad_source=1&gbraid=0AAAAAoxSPSnnMDzPdxAZ1oTHXxWUfjxFH&gclid=Cj0

KCQjwt8zABhDKARIsAHXuD7YwbCgnwqKL_PUnqjRtMxDfp6Slv6zg7OP5VN2YO8w8-

uzELFcBhTkaAkZ-EALw_wcB. As Snapchat itself explains:

> We offer extra protections for teens to help keep the focus on connecting with close
> friends, preventing unwanted contact from strangers, and providing an age-
> appropriate content experience.

> Snapchat also has a Family Center that includes a set of parental tools to help oversee their

teen's account. Publicly available information about the tools available on Family Center are

available at https://parents.snapchat.com/family-center.

**X.** X makes publicly available information for parents and minor users at:

https://help.x.com/en/rules-and-policies/information-for-parents-and-minor-

users#:~:text=X's%20policies%20set%20the%20minimum,defaulted%20to%20"Protected%20p

osts. As X itself explains:

> X, as a service, is not primarily for children, but anyone above the age of 13 can
> sign up for the service. We recognize that minors are a more vulnerable group by

virtue of their age. The X Rules enable minors to participate in the public conversation freely and safely, and minors should rely on the X Rules (and report to X) in order to protect themselves.

**YouTube.** YouTube makes publicly available information about the different experiences

it offers minor users on YouTube at: https://www.youtube.com/myfamily/. As YouTube itself

explains:

> Every family's relationship with media and technology is different, so we offer options for you to decide what's best for yours. We regularly update our products to meet the diverse needs of families, and do so in consultation with our advisory committee of independent experts.

As YouTube has explained, it offers supervised accounts for parents who decide their child

under    13    is    ready    to    explore    YouTube.    *See*

https://support.google.com/youtube/answer/10314940?sjid=1520721210079762361-NC.

11.    **Please identify and describe all studies on the effects of NetChoice's Members' Services on Minor Users, and to the extent any such study was commissioned by, directed by, paid for, or participated in (either through the provision of data, assistance, access, resources, or otherwise, whether voluntarily or involuntarily) by a NetChoice Member, please describe the Member's role in such study.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions

and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory on the grounds that this information is publicly

available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice is aware of the Surgeon General's 2023 Advisory on Social Media and Youth

Mental Health, which—after evaluating some literature that does not analyze all NetChoice

Members covered by the law here—concluded:

> Social media can provide benefits for some youth by providing positive community and connection with others who share identities, abilities, and interests. It can provide access to important information and create a space for self-expression. The ability to form and maintain friendships online and develop social connections are

among the positive effects of social media use for youth. These relationships can afford opportunities to have positive interactions with more diverse peer groups than are available to them offline and can provide important social support to youth. The buffering effects against stress that online social support from peers may provide can be especially important for youth who are often marginalized, including racial, ethnic, and sexual and gender minorities. For example, studies have shown that social media may support the mental health and well-being of lesbian, gay, bisexual, asexual, transgender, queer, intersex and other youths by enabling peer connection, identity development and management, and social support. Seven out of ten adolescent girls of color report encountering positive or identity-affirming content related to race across social media platforms. A majority of adolescents report that social media helps them feel more accepted (58%), like they have people who can support them through tough times (67%), like they have a place to show their creative side (71%), and more connected to what's going on in their friends' lives (80%). In addition, research suggests that social media-based and other digitally-based mental health interventions may also be helpful for some children and adolescents by promoting help-seeking behaviors and serving as a gateway to initiating mental health care.

That rest of that advisory is publicly available at: https://www.hhs.gov/surgeongeneral/reports-and-publications/youth-mental-health/social-media/index.html.

NetChoice is also aware of studies that have been cited in NetChoice litigation.

**12.    Within the maximum scope of Fed. R. Civ. P. 33(a)(2), identify all hypothetical application of Secure Online Child Act and identify which applications NetChoice claims violate the First Amendment (See Complaint, Doc. 1, at ¶ 67), including which Members are covered by the Act and what activities by those Members are covered by the Act.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice objects to this interrogatory, as it seeks a legal conclusion.

NetChoice also objects because this interrogatory seeks more legal conclusions than the applicable law requires NetChoice to show.

NetChoice objects to this interrogatory to the extent that "all hypothetical application[s]" is vague and overbroad.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

As an initial matter, any evaluation of unconstitutional applications of the Act focuses exclusively on applications of the statute in which it actually . . . prohibits conduct." *City of Los Angeles, Calif. v. Patel*, 576 U.S. 409, 418 (2015) (citation omitted). Thus, courts examine only the "conduct" a law "affects." *Id.* In other words, the inquiry addresses only "actual applications of the statute" where "the law is a restriction"— not those for which it is irrelevant, either by operation of the law or by private conduct. *Id.* at 419.

The Act is facially unconstitutional and unconstitutional as applied to any regulated NetChoice member.

First, the Act is a content-based, "[g]overnment regulation of speech" that imposes multiple legal duties on covered websites if they disseminate speech of a certain type of "content." *Reed v. Town of Gilbert*, 576 U.S. 155, 163-64 (2015). If "a statute's gateway coverage definition is content-based, the statute as a whole is subject to strict scrutiny because the coverage definition applies in all applications of the statute." *NetChoice, LLC v. Bonta*, 2025 WL 807961, at *12 (N.D. Cal. Mar. 13, 2025). Because the Act fails strict scrutiny, any situation in which it applies to any covered website, it is unconstitutional. At a minimum, whenever this content-based law failing strict scrutiny applies to a NetChoice member, it is unconstitutional.

Second, the Act is a speaker-based, "[g]overnment regulation of speech" that imposes multiple legal duties on covered websites based on speaker. *Reed*, 576 U.S. at 163-64. Because the Act fails the heightened First Amendment scrutiny applicable to speaker-based regulations, *Turner Broad. Sys. v. FCC*, 512 U.S. 622, 659 (1994), any situation in which it applies to any covered website, it is unconstitutional, *Minneapolis Star & Trib. Co. v. Minn. Comm'r of Revenue*, 460 U.S. 575, 591 (1983). At a minimum, whenever this speaker-based law failing heightened First Amendment applies to a NetChoice member, it is unconstitutional.

Third, any time the Act requires age verification for Louisiana users to access—or websites to disseminate—protected speech through account creation, it is unconstitutional.

For purposes of this analysis, any websites that would require age-verification based on its own policies or to comply with other legal requirements are "irrelevant." *Patel*, 576 U.S. at 418. Such websites do not count as "application[s]" of the statute because the Act's age-verification requirement is not altering behavior. *Id.*

It is also not relevant to this analysis whether any number of users would be willing to verify their age to create accounts.

It is not relevant to this analysis how expensive age-verification technology is for websites to adopt.

Third, at a minimum, any time the Act requires age verification for Louisiana users to access covered NetChoice members through account creation, it is unconstitutional.

It is not relevant to this analysis whether any number of users would be willing to verify their age to create accounts.

It is also not relevant to this analysis how expensive age-verification technology is for websites to adopt.

Fourth, any time the Act would require parental consent before minors in Louisiana can access—and websites can disseminate—protected speech on websites that do not already require parental consent as demanded by the statute, it is unconstitutional.

It is not relevant to this analysis whether some minors would be able to freely secure parental consent for every website they seek to create an account on.

It is not relevant to this analysis whether some websites require parental consent for some or all minors, whether to comply with other law or as a voluntary choice.

Fifth, any time the Act would restrict the dissemination of protected advertisements, it is unconstitutional.

Sixth, any time the Act would restrict the dissemination of protected advertisements by NetChoice's members, it is unconstitutional.

**13.    Within the maximum scope of Fed. R. Civ. P. 33(a)(2), identify the particular Service or Services of Members NetChoice contends the Secure Online Child Act's application violates the constitution as applied to those particular Services.**

<u>**Objections**</u>: NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

<u>**Responses**</u>: Notwithstanding these objections, NetChoice answers as follows:

At a minimum, as explained in NetChoice's complaint (ECF 1 ¶ 15), preliminary injunction motion (ECF 6-1 at 3), and Declaration of Bartlett Cleland (ECF 6-3 ¶ 12), the Act is unconstitutional as applied to at least the following NetChoice members' services: (1) Meta (Facebook and Instagram); (2) Nextdoor; (3) Pinterest; (4) Reddit; (5) Snap Inc. (Snapchat); (6) X; and (7) YouTube (Google is also a member).

NetChoice will supplement this list if necessary after receiving information and documents demonstrating which companies and services the Attorney General asserts are regulated by the Act.

**14.    With regard to Members NetChoice claims the Secure Online Child Act regulates, identify by Member and describe all available avenues provided to parents and guardians of Minor Users to supervise the accounts and usage of those Minor Users.**

<u>**Objections**</u>: NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory on the grounds that this information is publicly available to Defendants.

<u>**Responses**</u>: Notwithstanding these objections, NetChoice answers as follows:

Below, NetChoice points to where its members have made their policies publicly available and has included members' own descriptions of the most recent version of members' respective policies. These summaries are not exhaustive, as the policies speak for themselves and are the best source of information responsive to this interrogatory.

**Facebook.** Facebook makes publicly available information about how Teen Accounts operate on Facebook: https://www.facebook.com/help/1123135202753352/?helpref=related_articles&_rdr. As Facebook itself explains:

> Teen Accounts are Facebook accounts for teens 13-17 that are automatically set to protective teen safety settings. These settings aim to help keep you safe on Facebook by limiting unwanted contact and helping you manage your time on Facebook.

**Instagram.** Instagram makes publicly available information about how Teen Accounts operate on Instagram: https://about.instagram.com/community/teen-accounts. As Instagram itself explains:

> Teens 13-17 automatically have a protected experience, with built-in limits on who can contact them and the content they see, plus more ways to connect and explore their interests.

**Nextdoor.** Nextdoor requires users to be at least 13 years old to use Nextdoor. Information on Nextdoor's age requirements are available at: https://help.nextdoor.com/s/article/Why-Nextdoor-collects-birthdate-information?language=en_US.

**Pinterest.** Pinterest makes publicly available information about safety options for teens on Pinterest at: https://help.pinterest.com/en/article/teen-safety-options. As Pinterest itself explains:

> If you're under 18, your profile will be private. This means your profile won't be discoverable, but you can invite people you trust to follow you . If you're over 16, you can choose to make your profile public in your settings. No matter your age, you're in control of who you're in contact with.

**Reddit.** Reddit requires users to be at least 13 years old to use Reddit. Information on Reddit's age requirements is publicly available at: https://redditinc.com/policies/user-agreement.

**Snapchat.** Snapchat makes publicly available information about Protections for Teens on Snapchat at: https://parents.snapchat.com/safeguards-for-teens?utm_source=GoogleSEM&utm_medium=PAIDUA&utm_campaign=SnapchatSafety_Ma xClicks_Search_AllDevices&utm_term=Snapchat_For_Teenager&utm_content=Safeguards_For _Teens&gad_source=1&gbraid=0AAAAAoxSPSnnMDzPdxAZ1oTHXxWUfjxFH&gclid=Cj0 KCQjwt8zABhDKARIsAHXuD7YwbCgnwqKL_PUnqjRtMxDfp6Slv6zg7OP5VN2YO8w8- uzELFcBhTkaAkZ-EALw_wcB. As Snapchat itself explains:

> We offer extra protections for teens to help keep the focus on connecting with close friends, preventing unwanted contact from strangers, and providing an age- appropriate content experience.

**X.** X makes publicly available information for parents and minor users at: https://help.x.com/en/rules-and-policies/information-for-parents-and-minor- users#:~:text=X's%20policies%20set%20the%20minimum,defaulted%20to%20"Protected%20p osts. As X itself explains:

> X, as a service, is not primarily for children, but anyone above the age of 13 can sign up for the service. We recognize that minors are a more vulnerable group by virtue of their age. The X Rules enable minors to participate in the public conversation freely and safely, and minors should rely on the X Rules (and report to X) in order to protect themselves.

**YouTube.** YouTube makes publicly available information about the different experiences it offers minor users on YouTube at: https://www.youtube.com/myfamily/. As YouTube itself explains:

> Every family's relationship with media and technology is different, so we offer options for you to decide what's best for yours. We regularly update our products to meet the diverse needs of families, and do so in consultation with our advisory committee of independent experts.

As YouTube has explained, it offers supervised accounts for parents who decide their child under 13 is ready to explore YouTube. *See* https://support.google.com/youtube/answer/10314940?sjid=15207212109079762361-NC.

15.    **With regard to Members NetChoice claims the Secure Online Child Act regulates, identify all Services offered where a user must also be an account holder to access the Services of the Member. For any identified Member who has a mixture of Services some of which require a user have an account to access and some do not, please identify all Services provided and whether or not an account is necessary to use any particular features of the Service.**

__Objections:__ NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory on the grounds that this information is publicly available to Defendants.

__Responses:__ Notwithstanding these objections, NetChoice answers as follows:

**Facebook.** Facebook requires an account to access the full range of content and functionalities available on Facebook, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

**Instagram.** Instagram requires an account to access the full range of content and functionalities available on Instagram, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

**Nextdoor.** Nextdoor requires an account to access the full range of content and functionalities available on Nextdoor, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

**Pinterest.** Pinterest requires an account to access the full range of content and functionalities available on Pinterest, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

**Reddit.** Reddit is open and accessible for all internet users to read and browse without creating an account or logging in to an existing account. Individuals who wish to participate in conversations on Reddit by posting, commenting, voting on others posts or comments, or joining Reddit communities must first create an account, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

**Snapchat.** Snapchat requires an account to access the full range of content and functionalities available on Snapchat, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

**X.** X requires an account to access the full range of content and functionalities available on X, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

**YouTube.** YouTube requires an account to access the full range of services available on YouTube, in accordance with the terms of service and subject to any limitations on particular kinds of accounts or account holders.

I, Bartlett Cleland, verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 19, 2025

Bartlett Cleland
NetChoice

## NETCHOICE'S RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS

**1.     All documents regarding NetChoice and its Members' current terms of service, including those specific to Minor Users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions

and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly

available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce the terms of service for Facebook, Instagram, Nextdoor,

Pinterest, Reddit, Snapchat, X, and YouTube. As detailed in NetChoice's Response to

Interrogatory Number 4, these terms of service are publicly available.

**2.     With regard to Members NetChoice claims the Secure Online Child Act regulates, all documents relating to access by Minor Users; creation of accounts for Minor Users; content moderation policies for Minor Users; content compiling and curating for Minor Users; data collection of Personal Information and the usage and retention of Personal Information of Minor Users; and selection and display of advertisements for Minor Users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions

and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly

available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of content-moderation policies and advertisement

policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube. These

policies are publicly available.

**3.     With regard to Members NetChoice claims the Secure Online Child Act regulates, documents demonstrating the number of known Minor Users and the amount of revenue (determined as of December 31 of each year encompassed in this request) derived**

46

**from Minor Users from 2019-2025. This request is specifically limited to Minor Users in the United States.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** NetChoice does not have any responsive documents in its custody, possession, or control.

4.    **With regard to Members NetChoice claims the Secure Online Child Act regulates, documents demonstrating the number of known Minor Users and the amount of revenue (determined as of December 31 of each year encompassed in this request) derived from Minor Users in Louisiana from 2019-2025.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** NetChoice does not have any responsive documents in its custody, possession, or control.

5.    **With regard to Members NetChoice claims the Secure Online Child Act regulates, documents which identify how such Members generate revenue from Minor Users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** NetChoice does not have any responsive documents in its custody, possession, or control. NetChoice notes that publicly traded companies publicly report earnings from advertisements and that this information is publicly available.

6.      **With regard to Members NetChoice claims the Secure Online Child Act regulates, documents related to efforts to produce, retain, and enhance user engagement with such Member's Services, including design and appearance decisions within the Services; advertisements; efforts to make the Service habit-forming or addicting; and efforts to lengthen the time spent or frequency of use of the Service.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** NetChoice does not have any responsive documents in its custody, possession, or control.

7.      **With regard to Members NetChoice claims the Secure Online Child Act regulates, documents related to efforts to produce, retain, and enhance user engagement with such Member's Services, including design and appearance decisions within the Services; advertisements; efforts to make the Service habit-forming or addicting; and efforts to lengthen the time spent or frequency of use of the Service.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** NetChoice does not have any responsive documents in its custody, possession, or control.

8.      **With regard to Members NetChoice claims the Secure Online Child Act regulates, documents demonstrating each Member's efforts to secure parental consent of Minor Users; alter or eliminate data collection and retention practices for Minor Users; alter or restrict access to certain types of content for Minor Users; alter or restrict the ability of Minor Users to interact with other users; protect the Personal Information and location of**

**Minor Users; and alter, restrict, modify, or eliminate advertising practices related to serving advertisements on Minor Users, if any.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube related to minor users' use of their services. These policies are publicly available.

**9.      With regard to Members NetChoice claims the Secure Online Child Act regulates, documents which discuss efforts to prevent Minor Users from accessing certain content on that Member's Service.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube related to minor users' use of their services. These policies are publicly available.

**10.      With regard to Members NetChoice claims the Secure Online Child Act regulates, all documents discussing the need for obtaining a prospective account holder's birthdate prior to allowing such prospective user to obtain an account.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube related to minor users' access to their services. These policies are publicly available.

**11.     Documents related to actions by NetChoice and its Members to support legislation, government regulation, and/or impose industry standards related to data collection of Minor Users, age verification of Minor Users, obtaining parental consent for Minor Users, adopting content restriction for Minor Users, imposing limits on Minor Users' ability to communicate with other users, and/or restricting or modifying advertisement practices to Minor Users. This Request includes, but is not limited to, documents requiring such practices as a condition of doing business with the Member, obtaining access to certain data compiled by the Member, obtaining hosting services or data storage services of the Member, account verification services of the Member, or payment information or verification services provided by the Member.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff objects to this request on the grounds that this information is publicly available to Defendants.

Plaintiff objects to this request on the grounds that is requests information about *all* members, and not members regulated (or plausibly regulated) by the Act here.

**Responses:** NetChoice agrees to produce a collection of relevant advocacy. These statements are publicly available.

**12.     With regard to Members NetChoice claims the Secure Online Child Act regulates, the user advertisement policies of each Member with respect to Minor Users, or if no differentiation is made on the basis of age, the advertisement policies applicable to all users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of advertisement policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube. These policies are publicly available.

**13.    With regard to Members NetChoice claims the Secure Online Child Act regulates, the user data collection and usage policies of each Member with respect to Minor Users, or if no differentiation is made on the basis of age, the data collection and usage policies applicable to all users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of privacy policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube. These policies are publicly available.

**14.    With regard to Members NetChoice claims the Secure Online Child Act regulates, all content moderation policies, description of algorithm changes, content restrictions, or Service restrictions or modifications applicable to Minor Users, or if no differentiation is made on the basis of age, documents of such applicable to all users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube related to minor users' use of their services. These policies are publicly available.

**15.    Copies of all studies, drafts, comments, and related documents for studies identified in response to Interrogatory No. 11 which were commissioned by, directed by, paid for, or participated in (either through the provision of data, assistance, access, resources, or otherwise, whether voluntarily or involuntarily) by a NetChoice Member.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

**Responses:** NetChoice does not have any responsive documents in its custody, possession, or control. NetChoice notes that the Surgeon General's Advisory (evaluating some literature that does not address all covered NetChoice Members) is publicly available at: https://www.hhs.gov/surgeongeneral/reports-and-publications/youth-mental-health/social-media/index.html.

**16.    With regard to Members NetChoice claims the Secure Online Child Act regulates, documents and communications of NetChoice Members discussing studies describing, studying, criticizing, evaluating, quantifying, examining, or commenting upon the effect of the Member's Service on Minor Users, including, but not limited to, alleged effects on Minor Users' mental health and other alleged deleterious effects on Minor Users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

**Responses:** NetChoice does not have any responsive documents in its custody, possession, or control. NetChoice notes that the Surgeon General's report is publicly available at: https://www.hhs.gov/surgeongeneral/reports-and-publications/youth-mental-health/social-media/index.html.

**17.    With regard to Members NetChoice claims the Secure Online Child Act regulates, documents that describe and discuss all available avenues provided to parents and**

guardians of Minor Users granting or enhancing the ability to supervise the usage and accounts of those Minor Users.

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce collected policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube related to minor users' use of their services. These policies are publicly available.

18.    **With regard to Members NetChoice claims the Secure Online Child Act regulates, documents that describe and discuss the feasibility of additional measures to provide to parents and guardians of Minor Users granting or enhancing the ability to supervise the accounts and usage of those Minor Users.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce a collection of policies for Facebook, Instagram, Nextdoor, Pinterest, Reddit, Snapchat, X, and YouTube related to minor users' use of their services. These policies are publicly available.

19.    **With regard to Members NetChoice claims the Secure Online Child Act regulates, all documents and communications related to the implementation or provision of**

measures designed to obtain parental consent for a Minor User to use such Member's Services.

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

**Responses:** Apart from documents on file in this Litigation, NetChoice does not have any responsive documents in its custody, possession, or control.

20.    With regard to Members NetChoice claims the Secure Online Child Act regulates, documents and communications related to the financial burden, technological challenges, desirability, impact on revenue, impact on user safety, impact on user engagement, and impact on number of users if the Member was required to obtain parental consent for Minor Users to obtain an account with the Member.

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice objects to this Request on the grounds it seeks information protected from disclosure by the attorney-client privilege, work-product privilege, and/or joint & common interest privilege.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice points to the declarations of Barlett Cleland, David Boyle, and Jeremy Kessel filed in this case in support of NetChoice's motion for a preliminary injunction (ECF No. 6-3, 6-4, 6-5).

NetChoice refers to its Response to Interrogatory No. 8 and agrees to produce publicly available versions of the documents detailed in NetChoice's Response to Interrogatory No. 8.

In addition, NetChoice agrees to produce declarations from NetChoice members filed in support of NetChoice's challenge to similar state laws.

**21.    All documents and communications discussing or demonstrating the alleged chilling effect of the Secure Online Child Act or similar provisions.**

<u>Objections:</u> NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice objects to this Request on the grounds it seeks information protected from disclosure by the attorney-client privilege, work-product privilege, and/or joint & common interest privilege.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

<u>Responses:</u> Notwithstanding these objections, NetChoice answers as follows:

NetChoice points to the declarations of Barlett Cleland, David Boyle, and Jeremy Kessel filed in this case in support of NetChoice's motion for a preliminary injunction (ECF No. 6-3, 6-4, 6-5).

NetChoice refers to its Response to Interrogatory No. 8 and agrees to produce publicly available versions of the documents detailed in NetChoice's Response to Interrogatory No. 8.

In addition, NetChoice agrees to produce declarations from NetChoice members filed in support of NetChoice's challenge to similar state laws.

**22.    All communications between NetChoice and its Members relating to the Secure Online Child Act.**

<u>Objections:</u> NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this request on the grounds that this information is publicly available to Defendants.

<u>Responses:</u> NetChoice will not produce any documents responsive to this request, as those documents are protected by joint and common interest privilege.

**23.** **All communications of NetChoice or any of its Members to Louisiana legislators or executive branch officials relating to or regarding the Secure Online Child Act.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

Plaintiff also objects to this interrogatory on the grounds that this information is publicly available to Defendants.

**Responses:** Notwithstanding these objections, NetChoice answers as follows:

NetChoice agrees to produce the publicly available testimony of Amy Bos, available at

https://netchoice.org/netchoice-testimony-in-opposition-to-louisiana-hb-570/.

NetChoice agrees to produce the publicly available testimony of Carl Szabo, available at:

https://netchoice.org/wp-content/uploads/2023/04/Testimony-re_-HB-61-SB-161-relating-to-Social-Media-Age-Verification-1.pdf.

**24.** **All documents provided to Bartlett Cleland related to the Secure Online Child Act.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice objects to this Request on the grounds it seeks information protected from disclosure by the attorney-client privilege, work-product privilege, and/or joint and common interest privilege.

**Responses:** NetChoice will not produce any documents responsive to this request, as those documents are protected by attorney-client privilege and work product privilege.

**25.** **All documents provided to and communications with David Boyle related to the Secure Online Child Act.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice will not produce any documents responsive to this request, as those documents are protected by joint and common interest privilege.

**26.     All documents provided to and communications with Jeremy Kessel.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice objects to this Request on the grounds it seeks information protected from disclosure by the attorney-client privilege, work-product privilege, and/or joint and common interest privilege.

**Responses:** NetChoice will not produce any documents responsive to this request, as those documents are protected by joint and common Interest Privilege.

**27.     All documents, exhibits, or pieces of demonstrative evidence you may use in this case.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

**Responses:** In addition to the documents produced in response to the Requests above, NetChoice will produce all such documents on a rolling basis—subject to applicable privilege.

**28.     All items of tangible and/or demonstrative evidence which you may introduce and/or use at the trial of this matter.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

**Responses:** In addition to the documents produced in response to the Requests above, NetChoice will produce all such documents on a rolling basis—subject to applicable privilege.

**29.    The full file of each of your retained experts including, but not limited to, all notes taken related to this case.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice objects to this Request to the extent that it purports to require production of documents beyond those required by Federal Rule of Civil Procedure 26(a)(2).

**Response:** NetChoice will produce all documents required by Federal Rule of Civil Procedure 26(a)(2) on a rolling basis—further subject to applicable privilege.

**30.    Any and all documents and things used or referred to in conjunction with the formulation of any expert opinions in this Lawsuit, including, without limitation, reports, notes, memoranda, worksheets, communications (excluding protected communications with Plaintiff's counsel), and supporting data, to the extent not already produced.**

**Objections:** NetChoice incorporates the applicable objections to the General Definitions and Instructions and General Objections detailed above.

NetChoice objects to this Request to the extent that it purports to require production of documents beyond those required by Federal Rule of Civil Procedure 26(a)(2).

**Response:** NetChoice will produce all documents required by Federal Rule of Civil Procedure 26(a)(2) on a rolling basis—further subject to applicable privilege.

## RESPONSES TO REQUESTS FOR ADMISSION

**1.    Admit that Meta Platforms, Inc.'s terms of service prohibit persons under the age of 13 from using Facebook and Messenger.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that Meta's publicly available terms of service state: "you cannot use Facebook if," among other things, "[y]ou are under 13 years old." https://www.facebook.com/terms/.

**2.    Admit that Meta Platforms, Inc.'s terms of use for Instagram prohibit persons under the age of 13 from using the Instagram Service.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that Instagram's publicly available terms of service state: "You must be at least 13 years old" "to be part of the Instagram community." https://help.instagram.com/581066165581870/.

**3.    Admit that Meta Platforms, Inc. requires persons 13 years old or older to agree to its terms of service as a condition of accessing and using Facebook and Messenger.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Meta's publicly available terms of service state: "These Terms of Service (the 'Terms') govern your access and use of Facebook, Messenger, and the other products, websites, features, apps, services, technologies, and software we offer (or Products), except where we expressly state that separate terms (and not these) apply. . . . If you do not agree to these Terms, then do not access or use Facebook or the other products and services covered by these Terms." https://www.facebook.com/terms/.

**4.    Admit that Meta Platforms, Inc. requires persons 13 years old or older to agree to its terms of use as a condition of accessing and using the Instagram Service.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Instagram's publicly available terms of service state: "These Terms of Use therefore constitute an agreement between you and Meta Platforms, Inc. If you do not agree to these Terms, then do not access or use Instagram." https://help.instagram.com/581066165581870/.

**5.    Admit that Nextdoor, Inc.'s member agreement prohibits persons under the age of 13 from using its Services.**

Deny. As stated in Nextdoor's Member Agreement, "You can't use the Services if . . . you are a child and you would need parental or guardian consent to fully use the Services (e.g., as is the case if you are under 13 pursuant to COPPA) . . . Additionally, individuals who are under the age of 18 are not permitted to create an account starting on September 1, 2024, if they are residents of the State of Texas, and starting on January 1, 2025, if they are residents of the State of Tennessee." https://help.nextdoor.com/s/article/Member-Agreement-2024?language=en_US.

**6.    Admit that Nextdoor, Inc. requires persons 13 years old or older to agree to its member agreement as a condition of accessing or using its Services.**

Deny. As stated in Nextdoor's Member Agreement, "You can't use the Services if . . . you are a child and you would need parental or guardian consent to fully use the Services (e.g., as is the case if you are under 13 pursuant to COPPA) . . . Additionally, individuals who are under the age of 18 are not permitted to create an account starting on September 1, 2024, if they are residents of the State of Texas, and starting on January 1, 2025, if they are residents of the State of Tennessee." https://help.nextdoor.com/s/article/Member-Agreement-2024?language=en_US.

**7.    Admit that Pinterest, Inc.'s terms of service prohibit persons under the age of 13 from using its Services.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that Pinterest's publicly available Terms of Service state: "Any use or access to Pinterest by anyone under the age of 13 is not allowed." https://policy.pinterest.com/en/terms-of-service.

**8.    Admit that Pinterest, Inc. requires persons 13 years old or older to agree to its terms of service as a condition of using its Service.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Pinterest's publicly available Terms of Service state: "You may use Pinterest only if you follow these Terms and all applicable laws." https://policy.pinterest.com/en/terms-of-service.

**9.    Admit that Pinterest, Inc.'s terms of service require persons from ages 13 to 18 who use its Service to have their parent or legal guardian review and discuss the terms of service with them.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Pinterest's publicly available Terms of Service state: "If you are 13 to 18, you may only use the Service with the permission of your parent or legal guardian. Please be sure your parent or legal guardian has reviewed and discussed these Terms with you." https://policy.pinterest.com/en/terms-of-service.

**10.    Admit that Snap Inc.'s terms of service prohibit persons under the age of 13 from using its Services.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that Snap's publicly available Terms of Service state: "Our Services are not directed to children under the age of 13, and you must confirm that you are 13 years or older to create an account and use the Services. If we have actual knowledge that you are under the age of 13 (or the minimum age at which a person may use the Services in your state, province, or country without

parental consent, if greater), we will cease providing the Services to you and delete your account and your data." https://www.snap.com/terms.

**11.    Admit that Snap Inc.'s terms of service require users to represent they can form a binding contract with Snap Inc.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Snap's publicly available Terms of Service state: "By using the Services, you represent, warrant, and agree that: you can form a binding contract with Snap." https://www.snap.com/terms.

**12.    Admit that Snap Inc. requires persons 13 years old or older to agree to its terms of service as a condition of using its Services.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Snap's publicly available Terms of Service state: "By using any of our Services, you agree to the Terms." https://www.snap.com/terms.

**13.    Admit that Reddit, Inc.'s user agreement prohibits persons under the age of 13 from using or accessing its Services.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that Reddit's publicly available User Agreement states: "No one under 13 is allowed to use or access the Services" and that "By using the Services, you state that: You are at least 13 years old and over the minimum age required by the laws of your country of residence to access and use the Services." https://redditinc.com/policies/user-agreement.

**14.    Admit that Reddit, Inc.'s user agreement requires users over 13 but under the age of majority in their jurisdiction to state their legal guardian has reviewed and agreed to the user agreement.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Reddit's publicly available User Agreement states: "No one under 13 is allowed to use or access the Services" and that "By using the Services, you state that: You are at least 13 years old and over the minimum age required by the laws of your country of residence to access and use the Services." https://redditinc.com/policies/user-agreement.

**15.    Admit that Reddit, Inc. requires persons 13 years old or older to agree to its user agreement as a condition of accessing and using its Services.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that Reddit's publicly available User Agreement states: "No one under 13 is allowed to use or access the Services" and that "By using the Services, you state that: . . . You can form a binding contract with Reddit, or, if you are over 13 but under the age of majority in your jurisdiction, that your legal guardian has reviewed and agrees to these Terms." https://redditinc.com/policies/user-agreement.

**16.    Admit that X Corp.'s terms of service prohibit persons under the age of 13 from using its Services.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that X's publicly available Terms of Service state: "[Y]ou must be at least 13 years old to use the Services." https://x.com/en/tos/previous/version_19.

**17.    Admit that X Corp. requires persons 13 years old or older to agree to its terms of service as a condition of accessing and using its Services.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that X's publicly available Terms of Service state: "These Terms of Service ('Terms') govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered   services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates)   that

link to these Terms (collectively, the 'Services'), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as 'Content'). By using the Services you agree to be bound by these Terms." https://x.com/en/tos/previous/version_19.

**18.    Admit that Google LLC's terms of service for YouTube prohibits persons under the age of 13 from using its Services unless enabled by a parent or legal guardian.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that YouTube's publicly available Terms of Service state: "You must be at least 13 years old to use the Service; however, children of all ages may use the Service and YouTube Kids (where available) if enabled by a parent or legal guardian." https://www.youtube.com/static?template=terms.

**19.    Admit that Google LLC's terms of service for YouTube provide for users under the age of 18 that such users represent they have parental or guardian permission to use the Service.**

Deny to the extent that this request seeks to characterize publicly available information, including by using vague terms such as "prohibit" and "using."

Admit that YouTube's publicly available Terms of Service state: "If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you." https://www.youtube.com/static?template=terms.

**20.    Admit that Google LLC's terms of service for YouTube request users under the age of 18 have their parent or legal guardian read the terms of service to them.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that YouTube's publicly available Terms of Service state: "If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you." https://www.youtube.com/static?template=terms.

**21.    Admit that Google LLC requires persons 13 years old or older to agree to its terms of service as a condition of using YouTube's Services.**

Deny to the extent that this request seeks to characterize publicly available information.

Admit that YouTube's publicly available Terms of Service state: "Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this 'Agreement')." For users between the ages of 13-18, YouTube's publicly available Terms of Services state: "If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service." https://www.youtube.com/static?template=terms.