# Exhibit 2 - Email Correspondence

| | |
|---|---|
| **Subject:** | Re: NetChoice v. Murrill - Corporate Deposition of NetChoice |
| **Date:** | Tuesday, June 17, 2025 at 2:13:21 PM Eastern Daylight Time |
| **From:** | Jeremy Maltz |
| **To:** | Force, Joshua |
| **CC:** | Garner, James, Kessler, Jeffrey, Trosclair, Sophie, Faircloth, Zachary, Claire Juneau, Louis Grossman, Todd Disher, Jared Magnuson |
| **Attachments:** | image001.jpg |

Josh—

Below is the counsel contact information for David Boyle's attorney:
- Douglas Moore <dmoore@irwinllc.com>
- Timothy F. Daniels <tdaniels@irwinllc.com>
- Kim Moore <kmoore@irwinllc.com>

Also, please let us know a good date and time for the meet and confer regarding Barlett Cleland's deposition.

Best,
Jeremy

**Jeremy Evan Maltz** | LEHOTSKY KELLER COHN

**From:** Jeremy Maltz <jeremy@lkcfirm.com>
**Date:** Wednesday, June 11, 2025 at 11:33 AM
**To:** "Force, Joshua" <jforce@SHERGARNER.com>
**Cc:** "Garner, James" <JGarner@SHERGARNER.com>, "Kessler, Jeffrey" <jkessler@shergarner.com>, "Trosclair, Sophie" <strosclair@shergarner.com>, "Faircloth, Zachary" <fairclothz@ag.louisiana.gov>, Claire Juneau <claire.juneau@keanmiller.com>, Louis Grossman <louis.grossman@keanmiller.com>, Todd Disher <todd@lkcfirm.com>, Jared Magnuson <jared@lkcfirm.com>
**Subject:** Re: NetChoice v. Murrill - Corporate Deposition of NetChoice

Josh—

Thank you for your patience.

Bartlett Cleland is available July 7 or 8 in Washington D.C.

We would like to schedule a meet and confer with your team, regarding some of the noticed deposition topics for Bartlett. Please let us a know a few dates and times that work for you and your team.

I will follow up with information about Jeremy Kessel and David Boyle.

Best,

Jeremy

**Jeremy Evan Maltz** | LEHOTSKY KELLER COHN

---

**From:** "Force, Joshua" <jforce@SHERGARNER.com>
**Date:** Sunday, June 8, 2025 at 4:51 PM
**To:** Jeremy Maltz <jeremy@lkcfirm.com>
**Cc:** "Garner, James" <JGarner@SHERGARNER.com>, "Kessler, Jeffrey" <jkessler@shergarner.com>, "Trosclair, Sophie" <strosclair@shergarner.com>, "Faircloth, Zachary" <fairclothz@ag.louisiana.gov>, Claire Juneau <claire.juneau@keanmiller.com>, Louis Grossman <louis.grossman@keanmiller.com>, Todd Disher <todd@lkcfirm.com>, Jared Magnuson <jared@lkcfirm.com>
**Subject:** RE: NetChoice v. Murrill - Corporate Deposition of NetChoice

Some people who received this message don't often get email from jforce@shergarner.com. Learn why this is important
Thanks.

---

**From:** Jeremy Maltz <jeremy@lkcfirm.com>
**Sent:** Sunday, June 8, 2025 3:50 PM
**To:** Force, Joshua <jforce@SHERGARNER.com>
**Cc:** Garner, James <JGarner@SHERGARNER.com>; Kessler, Jeffrey <jkessler@shergarner.com>; Trosclair, Sophie <strosclair@shergarner.com>; Faircloth, Zachary <fairclothz@ag.louisiana.gov>; Claire Juneau <claire.juneau@keanmiller.com>; Louis Grossman <louis.grossman@keanmiller.com>; Todd Disher <todd@lkcfirm.com>; Jared Magnuson <jared@lkcfirm.com>
**Subject:** Re: NetChoice v. Murrill - Corporate Deposition of NetChoice


Josh—

We have received this notice and will get back to you soon.

Best,
Jeremy

**Jeremy Evan Maltz** | LEHOTSKY KELLER COHN

---

**From:** "Force, Joshua" <jforce@SHERGARNER.com>
**Date:** Sunday, June 8, 2025 at 4:45 PM
**To:** Jeremy Maltz <jeremy@lkcfirm.com>, Claire Juneau <claire.juneau@keanmiller.com>, Louis Grossman <louis.grossman@keanmiller.com>, Todd Disher <todd@lkcfirm.com>, Jared Magnuson <jared@lkcfirm.com>
**Cc:** "Garner, James" <JGarner@SHERGARNER.com>, "Kessler, Jeffrey" <jkessler@shergarner.com>, "Trosclair, Sophie" <strosclair@shergarner.com>, "Faircloth, Zachary" <fairclothz@ag.louisiana.gov>
**Subject:** NetChoice v. Murrill - Corporate Deposition of NetChoice

Counsel:

Please find attached Defendants' Notice of Corporate Deposition of NetChoice Pursuant to Federal Rule of Civil Procedure 30(b)(6). Please let us know who NetChoice's deponent or deponents will be and, if there will be more than one deponent, the topics each deponent will address. Please also provide us with dates on which the deponent(s) is available and whether you would prefer to hold the deposition in Baton Rouge or New Orleans. If Mr. Barlett Cleland will not be one of NetChoice's deponents, please let us know his availability for deposition so that we can issue notice it separately. In addition, please let us know if you will accept service of deposition subpoenae for Mr. Jeremy Kessel and Mr. Mr. David Boyle, who provided declarations in support of NetChoice's Motion for Preliminary Injunction.

If you have any questions or would like to discuss this matter further, please do not hesitate to contact us.

Best regards,

Josh

**JOSHUA S. FORCE | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | jforce@shergarner.com | O: 504-299-2130 | F: 504-299-2330

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

| | |
|---|---|
| **Subject:** | Re: NetChoice v. Liz Murrill - NetChoice's Updated Discovery Responses |
| **Date:** | Friday, June 20, 2025 at 4:11:56 PM Eastern Daylight Time |
| **From:** | Jeremy Maltz |
| **To:** | Kessler, Jeffrey |
| **CC:** | Claire Juneau, Louis Grossman, Todd Disher, Jared Magnuson, Garner, James, Force, Joshua, Trosclair, Sophie |
| **Attachments:** | image001.jpg |

Jeffrey—

We may be amenable to an extension.

Are you available on Monday—or early next week—to discuss this issue and Bartlett's deposition?

Best,
Jeremy

**Jeremy Evan Maltz** | L̲ehotsky K̲eller C̲ohn

**From:** Jeremy Maltz <jeremy@lkcfirm.com>
**Date:** Thursday, June 19, 2025 at 7:14 PM
**To:** "Kessler, Jeffrey" <jkessler@shergarner.com>
**Cc:** Claire Juneau <claire.juneau@keanmiller.com>, Louis Grossman <louis.grossman@keanmiller.com>, Todd Disher <todd@lkcfirm.com>, Jared Magnuson <jared@lkcfirm.com>, "Garner, James" <JGarner@SHERGARNER.com>, "Force, Joshua" <jforce@SHERGARNER.com>, "Trosclair, Sophie" <strosclair@shergarner.com>
**Subject:** Re: NetChoice v. Liz Murrill - NetChoice's Updated Discovery Responses

Jeffrey—

Thank you for reaching out. We will confer and get back to you.

But given this and the deposition for Bartlett Cleland, it might be worth setting up a time to discuss early next week.

Best,
Jeremy

**Jeremy Evan Maltz** | L̲ehotsky K̲eller C̲ohn

**From:** "Kessler, Jeffrey" <jkessler@shergarner.com>
**Date:** Thursday, June 19, 2025 at 6:47 PM
**To:** Jeremy Maltz <jeremy@lkcfirm.com>
**Cc:** Claire Juneau <claire.juneau@keanmiller.com>, Louis Grossman <louis.grossman@keanmiller.com>, Todd Disher <todd@lkcfirm.com>, Jared Magnuson

<jared@lkcfirm.com>, "Garner, James" <JGarner@SHERGARNER.com>, "Force, Joshua" <jforce@SHERGARNER.com>, "Trosclair, Sophie" <strosclair@shergarner.com>
**Subject:** RE: NetChoice v. Liz Murrill - NetChoice's Updated Discovery Responses

Thank you.

We would like to discuss a brief extension of the fact discovery deadline (currently July 14), through July 31, necessitated by our obligations in other cases, along with previously-scheduled travel plans.

We do not think that this brief extension should result in disrupting any other pretrial deadlines or the hearing date. We note that it would overlap slightly with the deadline for Plaintiff's expert reports (currently July 28). Insofar as your lone expert is a psychologist, we do not believe that the forthcoming depositions would affect the substance of his report. However, we would be amenable to a brief mutual extension of the expert report/ expert discovery deadlines, which should still leave ample time before the briefs are due.

Please let us know if you are amenable to a brief extension as detailed above. We are happy to discuss. Thanks.

**JEFFREY D. KESSLER | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | jkessler@shergarner.com | O: 504-299-2124 | F: 504-299-2324

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

**From:** Jeremy Maltz <jeremy@lkcfirm.com>
**Sent:** Friday, June 13, 2025 11:55 AM
**To:** Trosclair, Sophie <strosclair@shergarner.com>; Garner, James <JGarner@SHERGARNER.com>; Force, Joshua <jforce@SHERGARNER.com>; Kessler, Jeffrey <jkessler@shergarner.com>
**Cc:** Claire Juneau <claire.juneau@keanmiller.com>; Louis Grossman <louis.grossman@keanmiller.com>; Todd Disher <todd@lkcfirm.com>; Jared Magnuson <jared@lkcfirm.com>
**Subject:** NetChoice v. Liz Murrill - NetChoice's Updated Discovery Responses

Good Afternoon—

I have attached updated discovery responses.

You can access the document production at:
- Link: https://sharesync.serverdata.net/us3/s/INE6oMoSazbJ64uZnIJO5a003ebbc7
- Password: wasdyj-biwWo5-gi

Best,
Jeremy

**Jeremy Evan Maltz** | Lᴇʜᴏᴛsᴋʏ Kᴇʟʟᴇʀ Cᴏʜɴ