**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

NETCHOICE

VERSUS

LIZ MURRILL, *in her official capacity as*
*Attorney General of Louisiana*;
MIKE DUPREE, *in his official capacity as*
*Director of the Public Protection Division,*
*Louisiana Department of Justice*

CIVIL ACTION

NO. 25-231-JWD-RLB

**JUDGMENT**

For written reasons assigned, (Doc. 78),

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment is hereby entered in favor of Plaintiff NetChoice and against Defendant Liz Murrill, in her official capacity as Attorney General of Louisiana, and against Defendant Mike Dupree, in his official capacity as Director of the Public Protection Division, Louisiana Department of Justice.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that, as applied to the covered NetChoice members identified by NetChoice and Defendants, Louisiana Revised Statutes §§ 51:1751–1754 violate the First Amendment of the U.S. Constitution, as incorporated by the Fourteenth Amendment of the U.S. Constitution.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Defendants are **PERMANENTLY ENJOINED** from enforcing Louisiana Revised Statutes §§ 51:1751–1756 against the following covered NetChoice members, identified by NetChoice and Defendants: (1) Meta (Facebook, Instagram, WhatsApp), (2) Nextdoor, (3) Pinterest, (4) Reddit, (5) Snap (Snapchat), (6) X, (7) YouTube, (8) Automattic (Tumblr), (9) Discord, and (10) Amazon (Twitch).

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that, because Plaintiff NetChoice has prevailed on its First Amendment as-applied challenge, it should submit a bill of

costs and an application for attorney's fees, with the appropriate documentation, in accordance with Local Rule 54. *See* M.D. La. Civ. R. 54.

Signed in Baton Rouge, Louisiana, on <u>December 15, 2025</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**