**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| NETCHOICE, | |
| PLAINTIFF, | |
| v. | Civil Action No. 3:25-cv-231 |
| LIZ MURRILL, et al., | Judge: JWD - RLB |
| DEFENDANTS. | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 72 and the accompanying local rules, Defendants Attorney General Liz Murrill and Director Mike Dupree respectfully move for a 7-day extension of time to file a motion for review of the Magistrate Judge's Order (ECF No. 85). The motion for review is presently due February 10, 2026. The requested extension would extend that deadline to February 17, 2026. Plaintiff does not oppose the requested extension.

1

Dated: February 6, 2026                    Respectfully submitted,

                                           ELIZABETH B. MURRILL
                                           Attorney General


                                           /s/ *Zachary Faircloth*
                                           ZACHARY FAIRCLOTH (La #39875)
                                            Principal Deputy Solicitor General
                                           OFFICE OF THE LOUISIANA ATTORNEY
                                           GENERAL
                                           1885 North Third Street
                                           Baton Rouge, LA 70802
                                           Telephone:  (225) 421-4088
                                           Facsimile:   (225) 326-6795
                                           FairclothZ@ag.louisiana.gov

                                           *Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)