**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NETCHOICE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-231-JWD-RLB** |

**LIZ MURRILL, in her official capacity
as Attorney General of Louisiana;
MIKE DUPREE, in his official capacity
as Director of the Public Protection Division,
Louisiana Department of Justice**

## <u>RULING</u>

This matter is before the Court on Defendants' Motion for Review of the Magistrate Judge's Order (Doc. 89) to the District Court Judge (Doc. 85).   The order on review granted in part and denied in part the Motion to Exclude, with only Dr. Anthony Bean and his expert report to be EXCLUDED. The Defendants state in their motion that the Magistrate Judge erred by failing to award Defendants any fees or costs for uncovering and documenting these fabrications—even though NetChoice withdrew the putative expert only after being caught and, worse, without apology or accountability. The Court has reviewed Defendants' Motion for Review (Doc. 89) and the Order of the Magistrate Judge (Doc. 85).   The Court finds no error of fact or law.   Indeed, the Court agrees with the assessment of the Magistrate Judge.

Rule 72(a) of the Federal Rules of Civil Procedure provides that the Court shall consider objections made by the parties to a magistrate judge's ruling on a non-dispositive matter and "shall modify or set aside any portion of the magistrate's order found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A).

Accordingly, there being no basis for the objection to the Magistrate Judge's order (Doc. 85), the Defendants' Motion for Review to the District Court Judge for failure to award Defendants any fees or costs (Doc. 89) is **DENIED**, and the said order of the Magistrate Judge is hereby **AFFIRMED**.

Signed in Baton Rouge, Louisiana, on March 18, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**