**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff*,<br><br>v.<br><br>LIZ MURRILL, in her official capacity as Attorney General of Louisiana;<br>MIKE DUPREE, in his official capacity as Director of the Public Protection Division, Louisiana Department of Justice,<br><br>*Defendants*. | Civil Action No. 3:25-cv-231-JWD-RLB |

## PLAINTIFF'S MOTION TO SUBSTITUTE PLEADING

Plaintiff NetChoice, by and through undersigned counsel, moves this Honorable Court to substitute Docket Entry No. 96 with the attached *Ex Parte* Motion to Withdraw. The reason for the substitution is to include the signature of withdrawing counsel and certification of consent.

Respectfully submitted,

*/s/ Scott A. Keller*
Scott A. Keller*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
scott@lkcfirm.com

Claire E. Juneau (#33209)
Jeffrey J. Gelpi (#37130)
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
claire.juneau@keanmiller.com
Jeffrey.gelpi@keanmiller.com

J. Christopher Dippel, Jr. (#30480)
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
chris.dippel@keanmiller.com

Respectfully submitted,

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky*
Jeremy Evan Maltz*
Shannon G. Denmark*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
steve@lkcfirm.com
jeremy@lkcfirm.com
shannon@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
josh@lkcfirm.com

*admitted pro hac vice*

**Lead Counsel**

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the CM/ECF system.

I also certify that on June 30, 2026, I served the foregoing on Plaintiff by certified mail.

/s/ Jeremy Evan Maltz
Jeremy Evan Maltz