**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| NETCHOICE,<br>*Plaintiff*,<br>versus.<br>LIZ MURRILL, in her official capacity as Attorney General of Louisiana;<br>MIKE DUPREE, in his official capacity as Director of the Public Protection Division, Louisiana Department of Justice,<br>*Defendants*. | Civil Action No. 25-231-JWD-RLB |

**ORDER**

CONSIDERING the Plaintiff's foregoing Motion to Substitute Pleading,

IT IS ORDERED that the Motion is GRANTED and the *Ex Parte* Motion to Withdraw shall be substituted to correct the pleading appearing at Docket Entry No. 96.

Baton Rouge, Louisiana, this 16th day of September, 2026.

Hon. John W. deGravelles
United States District Court Judge